# EXHIBIT 1


Lifestage Solutions

™ (/index.php)

Sign up for our email newsletter

enter your email here     Subscribe

About Us (/index.php/about)          Featured Ingredients (/index.php/featured-ingredients)

Other Ingredients (/index.php/other-ingredients)          News / Events (/index.php/news)          Contact Us (/index.php/contact)





Testofen® is a fenugreek extract standardized for 50% Fenuside™.

Home (/index.php) » Featured Ingredients (/index.php/featured-ingredients) » **Testofen®**

# Benefits and market opportunity

**Testofen® is a fenugreek extract standardized for 50% Fenuside™.**

Testofen is the branded name for Gencor's fenugreek extract. Fenugreek is a well-known, versatile herb that contains over 100 phytochemical constituents, including Furostanol Saponins and Steroidal Saponins.  While fenugreek has multiple health applications, the active constituents included in Testofen have been shown to boost testosterone levels an thereby increase libido, lean muscle mass and immune functions. The group of saponin glycosides that Testofen is standardized to is named Fenuside.

After age 30, most men begin to experience a natural and gradual decline in testosterone levels, which can result in reduced drive and libido and a slow loss of muscle tone and definition. Most of the testosterone found in men is bound to the Sex Hormone Binding Globulin (SHBG) and Albumin. Only 2−3% of the testosterone present in the human body is typically in a free state. Testofen has been shown to increase free testosterone, up to  98 percent, in an eight-week trial (see below).*

**Incorporate Testofen in product formulations designed to support healthy sexual function in adult males.***



(http://www.youtube.com/embed/NL_4G13Y1is?autoplay=1)

## Approved health claims

The following structure-function claims for Testofen® are provided here for informational purposes only and should be reviewed by your legal counsel prior to use in marketing materials, including product labels.

- ■ **Promotes healthy libido***
- ■ **Promotes healthy sexual vitality and desire***
- ■ **Increases free testosterone levels***
- ■ **Reduces recovery time following sexual activity***
- ■ **Increases muscle mass***

# Clinical research

Both animal and human clinical studies have been conducted on Testofen®.

## Animal study

**Study results:** The 2010 study of Testofen on the reproductive systems of rats demonstrated that Testofen supported an increase in intracarvenous pressure, which led to healthy erectile functions.* Improvements in libido and muscle mass were also measured.*

**Citation:** Urmila Aswar et.al, 2010. Effect of Furostanol Glycosides from Trigonella foenum –graecum on the reproductive system of Male Albino Rats. Phytotherapy Research, 24, 1482–1488.

Request Complete Study ⟩

## Human study on adult male libido

**Study result:** A six-week double-blind, randomized, placebo-controlled clinical study was conducted in Australia in 2009 on 60 healthy adult males. A formulation containing Testofen as a major active ingredient showed a statistically significant increase in the sexual function, performance and satisfaction of the active group.* Study used the DISF-SR index, in addition to quality of life measures such as perceived muscle strength, energy levels, and well-being.

This study used the DISF-SR index (the lead index in studies of sexual health) and measured the following variables:

- Sexual cognition
- Sexual arousal
- Sexual experience
- Ability to have an orgasm
- Quality of sexual performance
- Recovery time following sexual activity
- Overall libido
- General energy levels

Testofen showed statistically significant increases in DISF-SR parameters (including sexual arousal and orgasm). In addition, Testofen had a positive effect on 3 quality of life (QOL) parameters:

- Muscle strength
- Energy levels
- Overall well-being

**Citation:** Steels, E., Rao, A. and Vitetta, L., 2011. Physiological Aspects of

- Supports lipolysis (reduction in body fat)*
- Promotes healthy mood*

## Testofen® in the news

**Especially for men: Increasing muscle mass and physical performance (/index.php/news/especially-for-men-increasing-muscle-mass-and-physical-performance)**
October 25, 2012

**Dr. Paul Clayton to Speak on Women's Libido at Engredea (/index.php/news/dr.-paul-clayton-to-speak-on-womens-libido-at-engredea)**
March 8, 2013

**Vitafoods Europe (/index.php/news#article-11)**
May 14, 2013

Case 2:14-cv-03754-DMG-E   Document 1-1   Filed 05/15/14   Page 4 of 85   Page ID #:79

Male Libido Enhanced by Standardized Trigonella foenum-graecum Extract and Mineral Formulation. Phytotherapy Research, Vol. 25, 1294–1300. doi: 10.1002/ptr.3360

Request Complete Study

## Human study on free testosterone levels and performance

**Study Results:** A double-blind, randomized, placebo-controlled human clinical study of 60 subjects was conducted using Testofen as the sole ingredient. The active group demonstrated the following statistically significant results:

- Significant anabolic activity as evidenced by BUN reduction ($p<0.05$) compared to placebo*

- Significant increase in free testosterone ($p<0.05$) compared to placebo group*

- Increased immunity ($p<0.003$) compared to placebo group*

- Significant reduction in Serum Creatinine levels ($p<0.02$) compared to placebo group signifying Creatine uptake and recycling in muscle cell*

- Significant increase in prolactin ($p<0.04$) compared to placebo group, however, this increase is within physiological limits for men*

- Significant decrease in body fat compared to baseline*

- Maintenance of muscle size despite maintaining overall weight and reduction of body fat*

**Citation:** Wankhede et. al., 2006 "Effect of Testofen on safety, anabolic activity and factors affecting exercise physiology."  To be published.

Request Complete Study

Featured Ingredients

Libifem™ (/index.php/featured-ingredients/libifem)
Testofen® (/index.php/featured-ingredients/testofen)
Slimaluma® (/index.php/featured-ingredients/slimaluma)
Gencinia® (/index.php/featured-ingredients/gencinia)
Genopause® (/index.php/featured-ingredients/genopause)

Other Ingredients

Cleargen® (/index.php/other-ingredients#Cleargen®)
Gentone® (/index.php/other-ingredients#Gentone®)
Trigogen® (/index.php/other-ingredients#Trigogen®)
General Botanical Ingredients (/index.php/other-ingredients#General Botanical Ingredients)

Connect With Us

Our Philosophy (/index.php/about)

 

Sign up for our email newsletter

enter your email here    Subscribe

**Gencor** (/index.php)
Lifestage Solutions

About Us (/index.php/about)    Featured Ingredients (/index.php/featured-ingredients)

Other Ingredients (/index.php/other-ingredients)    News / Events (/index.php/news)    Contact Us (/index.php/contact)

 

Testofen® is a fenugreek extract standardized for 50% Fenuside™.



Home (/index.php) » Featured Ingredients (/index.php/featured-ingredients) » **Testofen®**

## Benefits and market opportunity

**Testofen® is a fenugreek extract standardized for 50% Fenuside™.**

Testofen is the branded name for Gencor's fenugreek extract. Fenugreek is a well-known, versatile herb that contains over 100 phytochemical constituents, including Furostanol Saponins and Steroidal Saponins.  While fenugreek has multiple health applications, the active constituents included in Testofen have been shown to boost testosterone levels an thereby increase libido, lean muscle mass and immune functions. The group of saponin glycosides that Testofen is standardized to is named Fenuside.

After age 30, most men begin to experience a natural and gradual decline in testosterone levels, which can result in reduced drive and libido and a slow loss of muscle tone and definition. Most of the testosterone found in men is bound to the Sex Hormone Binding Globulin (SHBG) and Albumin. Only 2–3% of the testosterone present in the human body is typically in a free state. Testofen has been shown to increase free testosterone, up to  98 percent, in an eight-week trial (see below).*

**Incorporate Testofen in product formulations designed to support healthy sexual function in adult males.***



(http://www.youtube.com/embed/NL_4G13Y1is? autoplay=1)
## Approved health claims

The following structure-function claims for Testofen® are provided here for informational purposes only and should be reviewed by your legal counsel prior to use in marketing materials, including product labels.

- **Promotes healthy libido***
- **Promotes healthy sexual vitality and desire***
- **Increases free testosterone levels***
- **Reduces recovery time following sexual activity***
- **Increases muscle mass***

# Clinical research

Both animal and human clinical studies have been conducted on Testofen®.

## Animal study

**Study results:** The 2010 study of Testofen on the reproductive systems of rats demonstrated that Testofen supported an increase in intracarvenous pressure, which led to healthy erectile functions.* Improvements in libido and muscle mass were also measured.*

**Citation:** Urmila Aswar et.al, 2010. Effect of Furostanol Glycosides from Trigonella foenum –graecum on the reproductive system of Male Albino Rats. Phytotherapy Research, 24, 1482–1488.

Request Complete Study

## Human study on adult male libido

**Study result:** A six-week double-blind, randomized, placebo-controlled clinical study was conducted in Australia in 2009 on 60 healthy adult males. A formulation containing Testofen as a major active ingredient showed a statistically significant increase in the sexual function, performance and satisfaction of the active group.* Study used the DISF-SR index, in addition to quality of life measures such as perceived muscle strength, energy levels, and well-being.

This study used the DISF-SR index (the lead index in studies of sexual health) and measured the following variables:

- Sexual cognition
- Sexual arousal
- Sexual experience
- Ability to have an orgasm
- Quality of sexual performance
- Recovery time following sexual activity
- Overall libido
- General energy levels

Testofen showed statistically significant increases in DISF-SR parameters (including sexual arousal and orgasm). In addition, Testofen had a positive effect on 3 quality of life (QOL) parameters:

- Muscle strength
- Energy levels
- Overall well-being

**Citation:** Steels, E., Rao, A. and Vitetta, L., 2011. Physiological Aspects of

- Supports lipolysis (reduction in body fat)*
- Promotes healthy mood*

# Testofen® in the news

**Especially for men: Increasing muscle mass and physical performance**
(/index.php/news/especially-for-men-increasing-muscle-mass-and-physical-performance)
October 25, 2012

**Sidestepping Sarcopenia: Avoiding the Loss of Muscle Mass**
(/index.php/news/sidestepping-sarcopenia-avoiding-the-loss-of-muscle-mass)
July 16, 2013

Male Libido Enhanced by Standardized Trigonella foenum-graecum Extract and Mineral Formulation. Phytotherapy Research, Vol. 25, 1294–1300. doi: 10.1002/ptr.3360

Request Complete Study

## Human study on free testosterone levels and performance

**Study Results:** A double-blind, randomized, placebo-controlled human clinical study of 60 subjects was conducted using Testofen as the sole ingredient. The active group demonstrated the following statistically significant results:

- Significant anabolic activity as evidenced by BUN reduction ($p<0.05$) compared to placebo*
- Significant increase in free testosterone ($p<0.05$) compared to placebo group*
- Increased immunity ($p<0.003$) compared to placebo group*
- Significant reduction in Serum Creatinine levels ($p<0.02$) compared to placebo group signifying Creatine uptake and recycling in muscle cell*
- Significant increase in prolactin ($p<0.04$) compared to placebo group, however, this increase is within physiological limits for men*
- Significant decrease in body fat compared to baseline*
- Maintenance of muscle size despite maintaining overall weight and reduction of body fat*

**Citation:** Wankhede et. al., 2006 "Effect of Testofen on safety, anabolic activity and factors affecting exercise physiology." To be published.

Request Complete Study

Featured Ingredients

Libifem™ (/index.php/featured-ingredients/libifem)
Testofen® (/index.php/featured-ingredients/testofen)
Slimaluma® (/index.php/featured-ingredients/slimaluma)
Gencinia® (/index.php/featured-ingredients/gencinia)
Genopause® (/index.php/featured-ingredients/genopause)

Other Ingredients

Cleargen® (/index.php/other-ingredients#Cleargen®)
Gentone® (/index.php/other-ingredients#Gentone®)
Trigogen® (/index.php/other-ingredients#Trigogen®)
General Botanical Ingredients (/index.php/other-ingredients#General Botanical Ingredients)

Connect With Us

Our Philosophy (/index.php/about)

# EXHIBIT 2



# Testofen™

# Human Clinical Trial

© Copyright 2006 by Gencor Pacific, Inc.



**GENCOR PACIFIC, INC.**

920 E. Orangethorpe Avenue
Suite B, Anaheim, CA 92801
Telephone: 714.870.8723
Facsimile: 732.875.0306
drjit@gencorpacific.com

**www.testofen.com**

Brief of the Study :

Total Participants :   60

Participants on Active ( TESTOFEN) : 30.    29 of them completed the study

Participants on Placebo : 30.    26 of them completed the study.

Dosage used : 600 mg of TESTOFEN per day, 300 mg in the morning and 300 mg in the evening.

Duration of study : 8 Weeks

Objective of the study:

To determine the effects of the ingestion of TESTOFEN on

- INCREASE IN LEVELS OF FREE TESTOSTERONE
- BODY COMPOSITION

**Participants :** Male aged 18-35 years, trained for resistance/power exercise, at least for a period of 1 month

## Background

Physical fitness and use of various therapies for it is discussed very often these days. To attain it, daily physical exercise is a must, which helps to build good muscle strength and endurance. If the routine exercise regime is supported with some dietary supplements, it improves the muscle strength and endurance to a greater extent.

Fenugreek contains the steroidal saponins, sapogenins and furostanol saponins , which are important precursors for the synthesis of a number of sex hormones. Animal studies indicate that fenugreek increases free testosterone secretion in the body. Increased testosterone levels can lead to improved body composition (increased lean body mass, enhanced muscles, diminished visceral fat), mood and cognition.

TESTOFEN is a product containing fenugreek seed extract as an active ingredient.

Animal studies conducted in rats have established safety and efficacy of TESTOFEN.

Increase in the weight of the seminal vesicles, ventral prostrate and musculus levator ani was observed with the use of TESTOFEN.  Increase in the weight of the seminal vesicles and ventral prostrate indicates androgenic activity whereas increase in the weight of musculus levator ani indicates anabolic activity.

TESTOFEN was well tolerated by animals.

Efficacy and safety of fenugreek in human beings is established in conditions like diabetes and dyslipidemias by various clinical trials.

## Formulation of TESTOFEN

Fenugreek seed was ground into a powder and was extracted using hydro-alcohol and a proprietary process of extraction.  Thereafter, it was   spray dried into a powder. Each Capsule contained 300-mg of TESTOFEN- fenugreek seed extract.

## Objectives of the trial

This trial is designed to explore the efficacy and safety of TESTOFEN in healthy male volunteers doing regular resistance exercise. Primary objectives of the study were to determine the effects of TESTOFEN on free testosterone and body composition during eight weeks of resistance exercise and to evaluate safety of TESTOFEN.

## Method for evaluation

Thirty subjects with following inclusion and exclusion criteria received TESTOFEN.

### Inclusion criteria

Subjects to be enrolled in the trial have to meet ALL of the following criteria:
- Written informed consent from the subject.
- Male aged 18-35 years inclusive.
- Normal health status on the basis of clinical examination
- Normal health status on the basis of laboratory examination
- Trained for resistance/power exercise, at least for a period of 1 month

### Exclusion criteria

Subjects will be excluded for ANY ONE of the following reasons:

- Subjects with any condition which in the opinion of the investigator makes the subject unsuitable for inclusion.
- Subject has an elevated resting heart rate (>100 bpm) or blood pressure (SBP ≥140 or DBP ≥90 mm Hg).
- Subject has a history of medical or surgical events that may affect the study outcome or place the subject at risk, including cardiovascular disease, gastrointestinal problems, metabolic, renal, hepatic, neurological or active musculoskeletal disorders.
- Subject has a history of orthopedic injury or surgery within the last year.
- Known hypersensitivity to herbal drugs/nutritional supplement/ foods
- Subjects who is consuming/ has received any performance enhancing therapy during last 2 months
- Subjects undergoing any weight loss or diet plan during the trial period
- Chronic alcoholics
- Drug abusers
- Participation in any other clinical trial during last 30 days
- Simultaneous participation in another clinical trial.

**Dosage :**

Eligible subjects consumed 2 capsules of TESTOFEN, one in the morning and one in the evening, for 8 weeks. Each Capsule contained 300-mg of fenugreek seed extract. . Subjects were evaluated 3 times during the trial period (Visit 1: Day –3 to -1, Visit 2:day 0, Visit 3:day 56).

Subjects did not take any performance enhancing therapy during the trial period and 2 months before starting the trial.

## Results

Out of 30 enrolled subjects on active group, one discontinued the study and was not included in analysis. Out of 30 subjects in the placebo group, four discontinued the study and were not included in the analysis. The mean age of the subjects was 23.21 years and average height was 165.52 cm.

**Body weight : NO CHANGE in body weight and BMI**

| | |
|---|---|
| Pre-treatment body weight (kg) | 64.93 |
| Post treatment body weight (kg) | 64.90 |

There was no significant change in the body weight after 8-week consumption of fenugreek extract. BMI remained same

**The study has shown improvement in following parameters after 8-week consumption of TESTOFEN TM.**

### 1.] Free Testosterone

Free Testosterone levels in serum were estimated before and after 8-week consumption of TESTOFEN.

**Free testosterone levels before and after treatment (pg/ml) :**

| Results | Free testosterone pg/ml |
|---|---|
| Pretreatment levels | 17.76 |
| Post treatment levels | 35.29 |
| Total Increase | 17.55 |
| % of Increase | 98.81 % |
| | |

Rise in free testosterone produced by TESTOFEN was quite significant. The results clearly indicate that TESTOFEN has positive effects on the biologically active free testosterone secretion.

The increase in Free Testosterone levels in active group of participants was 100% more than the increase of Free Testosterone Levels in the placebo group.



**2.] Body Composition :**

Skin fold thickness was measured at the triceps and thighs before and after administration of TESTOFEN.

|  | Triceps | Thigh |
|---|---|---|
| Pretreatment skin fold thickness (mm) | 7.48 | 9.83 |
| Post treatment skin fold thickness (mm) | 5.97 | 8.39 |
| Reduction in Skin Fold | 1.51 | 1.44 |
| % of Reduction | 20.18 % | 14.64 % |
|  |  |  |



Reduction in skin fold thickness after 8-week consumption of TESTOFEN was significant in the thigh and biceps regions. It clearly indicates the favorable impact of TESTOFEN on skin fold thickness. In spite of reduction in skin fold thickness there was no reduction in body weight. Reduction in skin fold thickness indicates a direct reduction in body fat. This confirms that the loss of weight by decrease in skin fold thickness is compensated by increase in muscle mass. The placebo group did not show significant reductions compared to active.

**3.] Blood Urea Nitrogen - Proves Reduction in Protein Catabolism**

Blood Urea Nitrogen assessment of all subjects was done before and after the treatment.

| Results | BUN mg/dl |
|---------|-----------|
| Pretreatment levels | 28.28 |
| Post treatment levels | 25.62 |
| Reduction in Blood Urea Nitrogen | - 2.66 |
| % of Reduction | 9.40 % |

Blood Urea nitrogen levels were significantly reduced after 8-week consumption of TESTOFEN. This reflects reduction in protein catabolism. This parameter confirms muscle mass build up during the study while skin fold decrease took place. The BUN levels of the placebo group were unchanged.

**Figure 5: Blood Urea Nitrogen levels before and after treatment (mg/dl)**



**Conclusion of the 60 patients Human Clinical trial :**

It appears that 300 mg twice a day consumption of TESTOFEN coupled with physical activity and exercise has a favorable impact on increasing free testosterone levels significantly.

**Safety** :

The following biochemical parameters were analysed for the active and placebo groups

Heart Rate
Blood Glucose Levels
Body Temperature
Blood Pressure
Respiratory Rates
Alkaline Phosphate
Bilirubin [ Total, Direct and Indirect ]
Creatinine
Haemoglobin
Haematocrit
MCV
MCHC
RBC Count
WBC Count
Platelets
Lymphocytes
Monocytes
Basophils
Eosinophils
Neutrophils

All the parameters were normal for all participants.

# EXHIBIT 3



# Human Clinical Study

for

# Free Testosterone & Muscle Mass Boosting

© Copyright 2008 by Gencor Nutrients, Inc.



**GENCOR NUTRIENTS, INC.**
Formerly Gencor Pacific, Inc.

920 E. Orangethorpe Avenue
Suite B, Anaheim, CA 92801
Telephone: 714.870.8723
Facsimile: 732.875.0306
info@gencorpacific.com

www.testofen.com

# HUMAN CLINICAL TRIAL REPORT

# EFFECT OF TESTOFEN® ON SAFETY, ANABOLIC ACTIVITY AND FACTORS AFFECTING EXERCISE PHYSIOLOGY

## TABLE OF CONTENTS

| SL. NO. | CONTENTS | PAGE NO. |
|---|---|---|
| 1. | AIM | 03 |
| 2. | STUDY DESIGN | 03 |
| 3. | STUDY DURATION | 03 |
| 4. | MEDICATION DETAILS | 03 |
| 5. | TREATMENT SCHEDULE / DOSE | 03 |
| 6. | POPULATION/DEMOGRAPHY | 03 |
| 7. | PRIOR TREATMENT DETAILS | 03 |
| 8. | SELECTION CRITERIA<br>I.    INCLUSION<br>II.    EXCLUSION | 04 |
| 9. | SAFETY PROFILE<br>I.    ADVERSE EVENTS: NUMBER OBSERVED AND RATE, WITH PATIENT IDENTIFICATION | 04-07 |
| 10. | EFFICACY<br>I.    PRIMARY<br>II.    SECONDARY | 08 |
| 11. | RESULTS | 08-11 |
| 12. | CONCLUSION | 11 |

**AIM**: Effect of TESTOFEN® on Safety, Anabolic Activity and factors affecting Exercise Physiology.

**STUDY DESIGN**: A prospective, double-blind, randomised, placebo controlled study.

**STUDY DURATION**: 8 weeks

**CLINICAL END POINTS (ASSESMENT)**

    I.    **PRIMARY** -To determine the effect of TESTOFEN® on Safety, Anabolic Activity, Blood Testosterone, Immune Function during 8 weeks of intense resistance exercise.

    II.    **SECONDARY**- To determine the effects of TESTOFEN® on body composition, Creatinine, Prolactin, and Muscle mass variation.

**MEDICATION DETAILS:**

**TESTOFEN® (Fenugreek extract powder):**

Pharmaceutical form: Capsules-- 300mg

Active ingredient: Extract of Fenugreek

**PLACEBO:**

Pharmaceutical form: Capsules-300mg

Placebo ingredient: Di Calcium Phosphate

**TREATMENT SCHEDULE / DOSE:**

Volunteers were advised to take two capsules per day: one capsule 20 minutes before breakfast and another capsule 20 minutes before dinner.

**POPULATION/DEMOGRAPHY:**

Sixty (60) healthy males trained at least for a period of one month for resistance exercise and who are eligible as per the inclusion and exclusion criteria will be included in the study.

**PRIOR TREATMENT DETAILS**: Study population was comprised of healthy volunteers with no history of previous treatment.

**SELECTION CRITERIA**

**INCLUSION CRITERIA:**

i. Written informed consent from the subject.
ii. Male aged 18-35 years inclusive.
iii. Normal health status on the basis of clinical examination
iv. Normal health status on the basis of laboratory examination
v. Trained for resistance/power exercise, at least for a period of 1 month

**EXCLUSION CRITERIA:**

i. Subjects with any condition which in the opinion of the investigator makes the subject unsuitable for inclusion.
ii. Subject has an elevated resting heart rate (>100 bpm) or blood pressure (SBP ≥140 or DBP ≥90 mm Hg).
iii. Subject has a history of medical or surgical events that may affect the study outcome or place the subject at risk, including cardiovascular disease, gastrointestinal problems, metabolic, renal, hepatic, neurological or active musculoskeletal disorders.
iv. Subject has a history of orthopaedic injury or surgery within the last year.
v. Known hypersensitivity to herbal drugs/nutritional supplement/ foods
vi. Subjects who is consuming/ has received any performance enhancing therapy during last 2 months
vii. Subjects undergoing any weight loss or diet plan during the trial period
viii. Chronic alcoholics
ix. Drug abusers
x. Participation in any other clinical trial during last 30 days
xi. Simultaneous participation in another clinical trial.

**SAFETY PROFILE:**

Safety data was collected during trial period and included recording of spontaneously reported and directly observed adverse events, vital signs and changes in laboratory test values for standard haematology and biochemistry variables throughout the trial period.

The clinical safety was evaluated by recordings of vital signs and any spontaneously reported and all directly observed adverse events.

The clinical variables to be measured for safety were the following vital signs:

- Systolic and diastolic blood pressure - mmHg
- Heart rate - beats/minute
- Respiratory rate per minute
- Body temperature - °C

TESTOFEN® had been very well tolerated by all subjects in 8 weeks. Only one dropout was reported from TESTOFEN® group whereas Placebo reported 4 dropouts. All the vital parameters, Blood Biochemistry, Kidney Function, Liver Function and Immune Function found to be all right during the study period.

**Table 1:  Vital parameters of the subjects enrolled in the study [Mean].**

| PARAMETER | TESTOFEN® (n=29) | Placebo (n=26) | 'p' t-test |
|---|---|---|---|
| Heart Rate [beats per min.] | 76.21 | 75.62 | 0.268 |
| Respiratory Rate [per min.] | 17.17 | 17.31 | 0.519 |
| Systolic Bld. Press. [mm Hg] | 113.10 | 115.00 | 0.360 |
| Diastolic Bld. Press. [mm Hg] | 73.10 | 75.23 | 0.297 |
| Body Temperature [$^0$F] | 97.93 | 97.77 | 0.140 |

Both TESTOFEN® and Placebo group are homogenous groups. All the vital parameters are in conformity with the inclusion criteria.

**Table 2:  Safety Profile details**

| PARAMETER | | TESTOFEN® (n=29) | Placebo (n=26) |
|---|---|---|---|
| Random BSL | Pre-Treatment | 87.66 | 90.27 |
| | Post-Treatment | 86.86 | 88.92 |
| | 'p' paired t-test | 0.691 | 0.568 |
| SGOT | Pre-Treatment | 25.00 | 23.96 |
| | Post-Treatment | 23.72 | 23.00 |
| | 'p' paired t-test | 0.459 | 0.278 |
| SGPT | Pre-Treatment | 32.93 | 30.04 |
| | Post-Treatment | 30.83 | 28.12 |
| | 'p' paired t-test | 0.284 | 0.152 |
| Alkaline Phos. | Pre-Treatment | 75.72 | 75.31 |
| | Post-Treatment | 78.45 | 80.73 |
| | 'p' paired t-test | 0.489 | 0.030 |
| Bilirubin (Total) | Pre-Treatment | 0.95 | 0.90 |
| | Post-Treatment | 0.91 | 0.88 |
| | 'p' paired t-test | 0.148 | 0.609 |

© Gencor Nutrients, Inc.

| | | | |
|---|---|---|---|
| Bilirubin (Direct) | Pre-Treatment | 0.40 | 0.38 |
| | Post-Treatment | 0.36 | 0.33 |
| | 'p' paired t-test | 0.085 | 0.061 |
| Bilirubin (Indirect) | Pre-Treatment | 0.56 | 0.53 |
| | Post-Treatment | 0.55 | 0.56 |
| | 'p' paired t-test | 0.831 | 0.187 |
| Creatinine | Pre-Treatment | 1.14 | 1.06 |
| | Post-Treatment | 0.94 | 0.97 |
| | 'p' paired t-test | <0.0001 | 0.053 |
| BUN | Pre-Treatment | 28.28 | 26.42 |
| | Post-Treatment | 25.62 | 26.62 |
| | 'p' paired t-test | 0.0001 | 0.845 |

**Table 3:  Blood Biochemistry**

| PARAMETER | | TESTOFEN® (n=29) | Placebo (n=26) | 'p' t-test |
|---|---|---|---|---|
| Hemoglobin | Pre-Treatment | 13.36 | 13.46 | 0.718 |
| | Post-Treatment | 13.51 | 13.67 | 0.557 |
| | 'p' paired t-test | 0.271 | 0.262 | - |
| Hematocrit | Pre-Treatment | 40.52 | 40.58 | 0.942 |
| | Post-Treatment | 40.79 | 41.19 | 0.743 |
| | 'p' paired t-test | 0.495 | 0.171 | - |
| MCV | Pre-Treatment | 90.50 | 90.10 | 0.546 |
| | Post-Treatment | 88.70 | 90.97 | 0.326 |
| | 'p' paired t-test | 0.400 | 0.196 | - |
| MCHC | Pre-Treatment | 32.97 | 33.16 | 0.250 |
| | Post-Treatment | 33.12 | 33.22 | 0.579 |
| | 'p' paired t-test | 0.337 | 0.776 | - |
| RBC Count | Pre-Treatment | 4.48 | 4.51 | 0.765 |

|  | Post-Treatment | 4.49 | 4.53 | 0.682 |
|  | 'p' paired t-test | 0.824 | 0.742 | - |

All blood biochemistry parameters have remained within acceptable physiological limits.

**Table 4:  Blood Immune Profile**

| PARAMETER | | TESTOFEN® (n=29) | Placebo (n=26) | 'p' t-test |
|---|---|---|---|---|
| WBC Count | Pre-Treatment | 9706.90 | 8903.85 | 0.011 |
|  | Post-Treatment | 8562.07 | 8376.92 | 0.626 |
|  | 'p' paired t-test | 0.002 | 0.138 | - |
| Eosinophils | Pre-Treatment | 2.34 | 2.62 | 0.698 |
|  | Post-Treatment | 1.76 | 1.54 | 0.480 |
|  | 'p' paired t-test | 0.239 | 0.034 | - |
| Basophils | Pre-Treatment | 0.00 | 0.00 | 1.000 |
|  | Post-Treatment | 0.00 | 0.00 | 1.000 |
|  | 'p' paired t-test | - | - | - |
| Neutrophils | Pre-Treatment | 63.45 | 59.19 | 0.009 |
|  | Post-Treatment | 61.45 | 63.50 | 0.093 |
|  | 'p' paired t-test | 0.131 | 0.003 | - |
| Lymphocytes | Pre-Treatment | 33.28 | 37.58 | 0.012 |
|  | Post-Treatment | 35.66 | 33.96 | 0.140 |
|  | 'p' paired t-test | 0.100 | 0.013 | - |
| Monocytes | Pre-Treatment | 0.83 | 0.62 | 0.269 |
|  | Post-Treatment | 1.14 | 1.00 | 0.566 |
|  | 'p' paired t-test | 0.107 | 0.086 | - |
| Platelets | Pre-Treatment | 257586.21 | 255461.54 | 0.880 |
|  | Post-Treatment | 260068.97 | 259846.15 | 0.986 |
|  | 'p' paired t-test | 0.872 | 0.718 | - |

There had been some changes with respect to immunological parameters, which go in sync with the earlier reported studies in which impairment of immune function due to intense exercise is been reported.

**EFFICACY:**

Primary efficacy was assessed on the basis of following parameters;

    I.     Anabolic Activity by Nitrogen Absorption measured by BUN
    II.    Blood Testosterone both Total and Free.
    III.   Total Lymphocyte count and check immunity.

Secondary efficacy will be assessed on the basis of following parameters;

    1.   Exercise Physiology Biomarkers
    ▪   Serum Creatinine
    ▪   Serum Prolactin

    2.   Body Composition
    ▪   Change in Fat-Free Mass
    ▪   Change in Percent Body Fat
    ▪   Change in Fat Mass
    ▪   Change in Body Weight

    3.   Muscle size
    ▪   Change in thigh: maximal girth, inferior to the gluteal fold.
    ▪   Change in flexed arm: maximal girth at mid upper arm; elbow flexed and muscle contracted.
    ▪   Change in shoulders: across the maximal protrusion of the deltoids.
    ▪   Change in chest: mid-tidal volume.

**DATA ANALYSIS:**

Parametric methods were used to compare treatment groups on change from baseline measurements. Statistical methods employed to carry out such comparisons was modified, as required, to accommodate any baseline differences between groups should they occur, or to otherwise reduce the error variance associated with the models.

**RESULTS:**

**PRIMARY EFFICACY PARAMETERS**

**1.**    **BUN:**  Blood Urea Nitrogen in Serum as a measure of Nitrogen uptake and Retention:

| Parameters | (Mean Value) | | |
|---|---|---|---|
| | **TESTOFEN®** | **PLACEBO** | |
| Pre Treatment | 28.28 | 26.62 | |
| Post Treatment | 25.62 | 26.42 | |
| P value | 0.0001 | 0.845 | |
| Percentage change with respect to Baseline. | - 7.92 | 1.36 | P Value < 0.05 |

BUN has demonstrated a significant decrease with respect to base line in TESTOFEN® (p < 0.0001). Whereas, it has shown an increase in Placebo. Blood urea nitrogen can be a measure of nitrogen uptake in muscles signifying anabolic activity. Decrease in BUN signifies a significant anabolic activity. TESTOFEN® group has a significant decrease in BUN compared to increase in Placebo (p < 0.05).

2.    **Free Testosterone pg/ml. Physiological Limits (Male – 8.69 to 54.69 pg/ml):**

| PARAMETERS | TESTOFEN® | PLACEBO | |
|---|---|---|---|
| Pre Treatment | 17.76 | 21.30 | |
| Post Treatment | 35.29 | 31.70 | |
| P value | 0.0001 | 0.014 | |
| Percentage change | 96 | 48 * | P Value < 0.05 |

* Sports Medicine Vol.26, Number 2, August 1998, pp 101-117, Kargotich, Goodman  Univ: west Australia. "The influence of exercise induced plasma volume changes on the interpretation of Biochemical Parameters".

Although there is increase in both groups TESTOFEN® group increase is double of Placebo. After adjusting for plasma changes it is significant. (p < 0.05). Thus TESTOFEN® group has shown significant increase with respect to base line (p < 0.0001) and with respect to placebo (p < 0.05).

3.    **Lymphocytes:**

| PARAMETERS | TESTOFEN® | PLACEBO | |
|---|---|---|---|
| Pre Treatment | 33.28 | 37.58 | |
| Post Treatment | 35.66 | 33.96 | |
| P value | 0.100 | 0.014 | |
| Percentage change | 11.21 | - 7.29 | P Value < 0.003 |

TESTOFEN® has shown increase in Lymphocytes with respect to base line. Placebo has shown significant decrease with respect to base line (p < 0.02). This is in line with previously published data. Intense and chronic exercise leads to impairment of immunity. If we look at the percentage change, TESTOFEN® has a significant increase in Lymphocytes with respect to Placebo (p < 0.03)

**SECONDARY EFFICACY PARAMETERS**

1.    **Creatinine:** Serum creatinine indicates the level of degradation of creatine from muscle tissues in normal subjects having good kidney function.

| PARAMETERS | TESTOFEN® | Placebo | |
|---|---|---|---|
| Pre Treatment | 1.14 | 1.06 | |
| Post Treatment | 0.94 | 0.97 | |
| P value | 0.0001 | 0.053 | |
| Percentage change | - 16.66 | - 4.99 | P Value < 0.02 |

Serum creatinine has decreased significantly both in TESTOFEN® and Placebo group signifying that Creatine uptake and recycle in muscle are increased by exercise. However, TESTOFEN® group showed a percentage decrease of 16.66 compared to Placebo of 4.99 (p < 0.02). This confirms that TESTOFEN®

exerts a beneficial effect on Creatine uptake and recycle in muscle cells over and above physical workout.

2. **Prolactin (ng/ml). Physiological Limits Men 2.1 to 17.7 ng/ml:**

| PARAMETERS | TESTOFEN® | Placebo | |
|---|---|---|---|
| Pre Treatment | 6.44 | 9.11 | |
| Post Treatment | 10.95 | 10.90 | |
| P value | 0.0001 | 0.093 | |
| Percentage change | 70 | 19.60 | P value < 0.04 |

Prolactin increase in exercise is predicted due to stress. As a result both TESTOFEN® and Placebo have shown significant increase with respect to base line. However, TESTOFEN® has shown significant percentage increase compared to Placebo (p < 0.04). This increase can be attributed to:

a. Increased Prolactin secretion from Leucocytes

b. Increased Prolactin secretion from metabolised (Estradiol) of increased free Testosterone

3. **BODY COMPOSITIONS**

| PARAMETERS | TESTOFEN® | Placebo |
|---|---|---|
| **TRICEPS** | | |
| Pre Treatment | 7.48 | 7.85 |
| Post Treatment | 5.97 | 7.20 |
| P value | 0.003 | 0.280 |
| **THIGH** | | |
| Pre Treatment | 9.83 | 10.62 |
| Post Treatment | 8.39 | 9.57 |
| P value | 0.003 | 0.098 |
| **CHEST** | | |
| Pre Treatment | 4.86 | 5.08 |
| Post Treatment | 3.33 | 3.21 |
| P value | 0.003 | 0.006 |

Skin fold thickness in Triceps, Thigh and Chest have significant reduction with respect to baseline. However Placebo has also shown significant decrease in Chest but not in Triceps and Thigh. Percentage changes are not statistically significant.

4.  **MUSCLE SIZE**

| PARAMETERS | TESTOFEN® | Placebo |
|---|---|---|
| **THIGH** | | |
| Pre Treatment | 54.41 | 53.12 |
| Post Treatment | 54.33 | 51.73 |
| P value | 0.943 | 0.001 |
| | | |
| **FLEXED ARM** | | |
| Pre Treatment | 34.31 | 33.02 |
| Post Treatment | 34.57 | 33.56 |
| P value | 0.324 | 0.09 |
| | | |
| **SHOULDER** | | |
| Pre Treatment | 44.91 | 42.77 |
| Post Treatment | 41.88 | 41.27 |
| P value | 0.006 | 0.03 |
| | | |
| **CHEST** | | |
| Pre Treatment | 93.62 | 91.58 |
| Post Treatment | 94.00 | 91.56 |
| P value | 0.659 | 0.976 |

TESTOFEN® has maintained the weight and shown skin fold thickness reduction. In the light of this, if the muscle size is examined, TESTOFEN® has maintained Muscle size with exception of shoulder. Shoulder decrease could be attributed to reduction in fat.

Placebo group has increased in weight and has shown reduction in muscle of Thigh and Shoulder. Hence the readings are insignificant.

**CONCLUSION:**

1.  TESTOFEN® group has demonstrated significant anabolic activity as evidenced by BUN reduction (p<0.05) compared to placebo.

2.  TESTOFEN® group has significant increase in Free Testosterone (p<0.05) compared to Placebo.

3.  TESTOFEN® group has not only compensated the loss of Immunity significantly compared to Placebo (p<0.003), but has also increased immunity.

4.  TESTOFEN® group has shown significant reduction in Serum Creatinine levels (p<0.02) compared to placebo signifying Creatine uptake and recycle in muscle cell.

5.  TESTOFEN® group has shown significant increase in Prolactin compared to Placebo (p<0.04). However this increase is within Physiological limits for men.

6.  TESTOFEN® has shown significant decrease in body fat compared to baseline.

7.  TESTOFEN® has maintained Muscle size despite maintaining weight and reducing fat.

# EXHIBIT 4





# Human Clinical Study for Free Testosterone & Muscle Mass Boosting



**GE Nutrients, Inc.**

920 E. Orangethorpe Avenue, Suite B
Anaheim, California 92801, USA
Phone:  +1-714-870-8723
Fax:      +1-732-875-0306

Contact Us: info@gencorpacific.com

www.gencorpacific.com

© Copyright 2013 by GE Nutrients, Inc.

# HUMAN CLINICAL TRIAL REPORT

# EFFECT OF TESTOFEN® ON SAFETY, ANABOLIC ACTIVITY AND FACTORS AFFECTING EXERCISE PHYSIOLOGY

# TABLE OF CONTENTS

| SL. NO. | CONTENTS | PAGE NO. |
|---------|----------|----------|
| 1. | AIM | 03 |
| 2. | STUDY DESIGN | 03 |
| 3. | STUDY DURATION | 03 |
| 4. | MEDICATION DETAILS | 03 |
| 5. | TREATMENT SCHEDULE / DOSE | 03 |
| 6. | POPULATION/DEMOGRAPHY | 03 |
| 7. | PRIOR TREATMENT DETAILS | 03 |
| 8. | SELECTION CRITERIA<br>   I.    INCLUSION<br>  II.    EXCLUSION | 04 |
| 9. | SAFETY PROFILE<br>   I.    ADVERSE EVENTS: NUMBER OBSERVED AND RATE, WITH PATIENT IDENTIFICATION | 04-07 |
| 10. | EFFICACY<br>   I.    PRIMARY<br>  II.    SECONDARY | 08 |
| 11. | RESULTS | 08-11 |
| 12. | CONCLUSION | 11 |

**AIM**: Effect of TESTOFEN® on Safety, Anabolic Activity and factors affecting Exercise Physiology.

**STUDY DESIGN**: A prospective, double-blind, randomised, placebo controlled study.

**STUDY DURATION**: 8 weeks

**CLINICAL END POINTS (ASSESMENT)**

    I.    **PRIMARY** -To determine the effect of TESTOFEN® on Safety, Anabolic Activity, Blood Testosterone, Immune Function during 8 weeks of intense resistance exercise.

    II.    **SECONDARY**- To determine the effects of TESTOFEN® on body composition, Creatinine, Prolactin, and Muscle mass variation.

**MEDICATION DETAILS:**

**TESTOFEN® (Fenugreek extract powder):**

Pharmaceutical form: Capsules-- 300mg

Active ingredient: Extract of Fenugreek

**PLACEBO:**

Pharmaceutical form: Capsules-300mg

Placebo ingredient: Di Calcium Phosphate

**TREATMENT SCHEDULE / DOSE:**

Volunteers were advised to take two capsules per day: one capsule 20 minutes before breakfast and another capsule 20 minutes before dinner.

**POPULATION/DEMOGRAPHY:**

Sixty (60) healthy males trained at least for a period of one month for resistance exercise and who are eligible as per the inclusion and exclusion criteria will be included in the study.

**PRIOR TREATMENT DETAILS**: Study population was comprised of healthy volunteers with no history of previous treatment.

**SELECTION CRITERIA**

**INCLUSION CRITERIA:**

      i.     Written informed consent from the subject.
      ii.    Male aged 18-35 years inclusive.
      iii.   Normal health status on the basis of clinical examination
      iv.   Normal health status on the basis of laboratory examination
      v.    Trained for resistance/power exercise, at least for a period of 1 month

**EXCLUSION CRITERIA:**

i.     Subjects with any condition which in the opinion of the investigator makes the subject unsuitable for inclusion.
ii.    Subject has an elevated resting heart rate (>100 bpm) or blood pressure (SBP ≥140 or DBP ≥90 mm Hg).
iii.   Subject has a history of medical or surgical events that may affect the study outcome or place the subject at risk, including cardiovascular disease, gastrointestinal problems, metabolic, renal, hepatic, neurological or active musculoskeletal disorders.
iv.   Subject has a history of orthopaedic injury or surgery within the last year.
v.    Known hypersensitivity to herbal drugs/nutritional supplement/ foods
vi.   Subjects who is consuming/ has received any performance enhancing therapy during last 2 months
vii.  Subjects undergoing any weight loss or diet plan during the trial period
viii. Chronic alcoholics
ix.   Drug abusers
x.    Participation in any other clinical trial during last 30 days
xi.   Simultaneous participation in another clinical trial.

**SAFETY PROFILE:**

Safety data was collected during trial period and included recording of spontaneously reported and directly observed adverse events, vital signs and changes in laboratory test values for standard haematology and biochemistry variables throughout the trial period.

The clinical safety was evaluated by recordings of vital signs and any spontaneously reported and all directly observed adverse events.

The clinical variables to be measured for safety were the following vital signs:

- Systolic and diastolic blood pressure - mmHg
- Heart rate - beats/minute
- Respiratory rate per minute
- Body temperature - °C

TESTOFEN® had been very well tolerated by all subjects in 8 weeks. Only one dropout was reported from TESTOFEN® group whereas Placebo reported 4 dropouts. All the vital parameters, Blood Biochemistry, Kidney Function, Liver Function and Immune Function found to be all right during the study period.

**Table 1:  Vital parameters of the subjects enrolled in the study [Mean].**

| PARAMETER | TESTOFEN® (n=29) | Placebo (n=26) | 'p' t-test |
|---|---|---|---|
| Heart Rate [beats per min.] | 76.21 | 75.62 | 0.268 |
| Respiratory Rate [per min.] | 17.17 | 17.31 | 0.519 |
| Systolic Bld. Press. [mm Hg] | 113.10 | 115.00 | 0.360 |
| Diastolic Bld. Press. [mm Hg] | 73.10 | 75.23 | 0.297 |
| Body Temperature [$^0$F] | 97.93 | 97.77 | 0.140 |

Both TESTOFEN® and Placebo group are homogenous groups. All the vital parameters are in conformity with the inclusion criteria.

**Table 2:  Safety Profile details**

| PARAMETER | | TESTOFEN® (n=29) | Placebo (n=26) |
|---|---|---|---|
| Random BSL | Pre-Treatment | 87.66 | 90.27 |
| | Post-Treatment | 86.86 | 88.92 |
| | 'p' paired t-test | 0.691 | 0.568 |
| SGOT | Pre-Treatment | 25.00 | 23.96 |
| | Post-Treatment | 23.72 | 23.00 |
| | 'p' paired t-test | 0.459 | 0.278 |
| SGPT | Pre-Treatment | 32.93 | 30.04 |
| | Post-Treatment | 30.83 | 28.12 |
| | 'p' paired t-test | 0.284 | 0.152 |
| Alkaline Phos. | Pre-Treatment | 75.72 | 75.31 |
| | Post-Treatment | 78.45 | 80.73 |
| | 'p' paired t-test | 0.489 | 0.030 |
| Bilirubin (Total) | Pre-Treatment | 0.95 | 0.90 |
| | Post-Treatment | 0.91 | 0.88 |
| | 'p' paired t-test | 0.148 | 0.609 |

© Gencor Nutrients, Inc.

| | | | |
|---|---|---|---|
| Bilirubin (Direct) | Pre-Treatment | 0.40 | 0.38 |
| | Post-Treatment | 0.36 | 0.33 |
| | 'p' paired t-test | 0.085 | 0.061 |
| Bilirubin (Indirect) | Pre-Treatment | 0.56 | 0.53 |
| | Post-Treatment | 0.55 | 0.56 |
| | 'p' paired t-test | 0.831 | 0.187 |
| Creatinine | Pre-Treatment | 1.14 | 1.06 |
| | Post-Treatment | 0.94 | 0.97 |
| | 'p' paired t-test | <0.0001 | 0.053 |
| BUN | Pre-Treatment | 28.28 | 26.42 |
| | Post-Treatment | 25.62 | 26.62 |
| | 'p' paired t-test | 0.0001 | 0.845 |

**Table 3:  Blood Biochemistry**

| PARAMETER | | TESTOFEN® (n=29) | Placebo (n=26) | 'p' t-test |
|---|---|---|---|---|
| Hemoglobin | Pre-Treatment | 13.36 | 13.46 | 0.718 |
| | Post-Treatment | 13.51 | 13.67 | 0.557 |
| | 'p' paired t-test | 0.271 | 0.262 | - |
| Hematocrit | Pre-Treatment | 40.52 | 40.58 | 0.942 |
| | Post-Treatment | 40.79 | 41.19 | 0.743 |
| | 'p' paired t-test | 0.495 | 0.171 | - |
| MCV | Pre-Treatment | 90.50 | 90.10 | 0.546 |
| | Post-Treatment | 88.70 | 90.97 | 0.326 |
| | 'p' paired t-test | 0.400 | 0.196 | - |
| MCHC | Pre-Treatment | 32.97 | 33.16 | 0.250 |
| | Post-Treatment | 33.12 | 33.22 | 0.579 |
| | 'p' paired t-test | 0.337 | 0.776 | - |
| RBC Count | Pre-Treatment | 4.48 | 4.51 | 0.765 |

| | | | |
|---|---|---|---|
| | Post-Treatment | 4.49 | 4.53 | 0.682 |
| | 'p' paired t-test | 0.824 | 0.742 | - |

All blood biochemistry parameters have remained within acceptable physiological limits.

**Table 4:  Blood Immune Profile**

| PARAMETER | | TESTOFEN® (n=29) | Placebo (n=26) | 'p' t-test |
|---|---|---|---|---|
| | Pre-Treatment | 9706.90 | 8903.85 | 0.011 |
| | Post-Treatment | 8562.07 | 8376.92 | 0.626 |
| WBC Count | 'p' paired t-test | 0.002 | 0.138 | - |
| | Pre-Treatment | 2.34 | 2.62 | 0.698 |
| | Post-Treatment | 1.76 | 1.54 | 0.480 |
| Eosinophils | 'p' paired t-test | 0.239 | 0.034 | - |
| | Pre-Treatment | 0.00 | 0.00 | 1.000 |
| | Post-Treatment | 0.00 | 0.00 | 1.000 |
| Basophils | 'p' paired t-test | - | - | - |
| | Pre-Treatment | 63.45 | 59.19 | 0.009 |
| | Post-Treatment | 61.45 | 63.50 | 0.093 |
| Neutrophils | 'p' paired t-test | 0.131 | 0.003 | - |
| | Pre-Treatment | 33.28 | 37.58 | 0.012 |
| | Post-Treatment | 35.66 | 33.96 | 0.140 |
| Lymphocytes | 'p' paired t-test | 0.100 | 0.013 | - |
| | Pre-Treatment | 0.83 | 0.62 | 0.269 |
| | Post-Treatment | 1.14 | 1.00 | 0.566 |
| Monocytes | 'p' paired t-test | 0.107 | 0.086 | - |
| | Pre-Treatment | 257586.21 | 255461.54 | 0.880 |
| | Post-Treatment | 260068.97 | 259846.15 | 0.986 |
| Platelets | 'p' paired t-test | 0.872 | 0.718 | - |

There had been some changes with respect to immunological parameters, which go in sync with the earlier reported studies in which impairment of immune function due to intense exercise is been reported.

**EFFICACY:**

Primary efficacy was assessed on the basis of following parameters;

I.    Anabolic Activity by Nitrogen Absorption measured by BUN
II.   Blood Testosterone both Total and Free.
III.  Total Lymphocyte count and check immunity.


Secondary efficacy will be assessed on the basis of following parameters;

1.  Exercise Physiology Biomarkers
▪  Serum Creatinine
▪  Serum Prolactin


2.  Body Composition
▪  Change in Fat-Free Mass
▪  Change in Percent Body Fat
▪  Change in Fat Mass
▪  Change in Body Weight


3.  Muscle size
▪  Change in thigh: maximal girth, inferior to the gluteal fold.
▪  Change in flexed arm: maximal girth at mid upper arm; elbow flexed and muscle contracted.
▪  Change in shoulders: across the maximal protrusion of the deltoids.
▪  Change in chest: mid-tidal volume.


**DATA ANALYSIS:**

Parametric methods were used to compare treatment groups on change from baseline measurements. Statistical methods employed to carry out such comparisons was modified, as required, to accommodate any baseline differences between groups should they occur, or to otherwise reduce the error variance associated with the models.

**RESULTS:**

**PRIMARY EFFICACY PARAMETERS**

**1.    BUN:**  Blood Urea Nitrogen in Serum as a measure of Nitrogen uptake and Retention:

| Parameters | (Mean Value) | | |
|---|---|---|---|
| | **TESTOFEN®** | **PLACEBO** | |
| Pre Treatment | 28.28 | 26.62 | |
| Post Treatment | 25.62 | 26.42 | |
| P value | 0.0001 | 0.845 | |
| Percentage change with respect to Baseline. | - 7.92 | 1.36 | P Value < 0.05 |

BUN has demonstrated a significant decrease with respect to base line in TESTOFEN® (p < 0.0001). Whereas, it has shown an increase in Placebo. Blood urea nitrogen can be a measure of nitrogen uptake in muscles signifying anabolic activity. Decrease in BUN signifies a significant anabolic activity. TESTOFEN® group has a significant decrease in BUN compared to increase in Placebo (p < 0.05).

**2.      Free Testosterone pg/ml.  Physiological Limits (Male – 8.69 to 54.69 pg/ml):**

| PARAMETERS | TESTOFEN® | PLACEBO | |
|---|---|---|---|
| Pre Treatment | 17.76 | 21.30 | |
| Post Treatment | 35.29 | 31.70 | |
| P value | 0.0001 | 0.014 | |
| Percentage change | 96 | 48 * | P Value < 0.05 |

\* Sports Medicine Vol.26, Number 2, August 1998, pp 101-117, Kargotich, Goodman  Univ: west Australia. "The influence of exercise induced plasma volume changes on the interpretation of Biochemical Parameters".

Although there is increase in both groups TESTOFEN® group increase is double of Placebo. After adjusting for plasma changes it is significant. (p < 0.05). Thus TESTOFEN® group has shown significant increase with respect to base line (p < 0.0001) and with respect to placebo (p < 0.05).

**3.      Lymphocytes:**

| PARAMETERS | TESTOFEN® | PLACEBO | |
|---|---|---|---|
| Pre Treatment | 33.28 | 37.58 | |
| Post Treatment | 35.66 | 33.96 | |
| P value | 0.100 | 0.014 | |
| Percentage change | 11.21 | - 7.29 | P Value < 0.003 |

TESTOFEN® has shown increase in Lymphocytes with respect to base line. Placebo has shown significant decrease with respect to base line (p < 0.02). This is in line with previously published data. Intense and chronic exercise leads to impairment of immunity. If we look at the percentage change, TESTOFEN® has a significant increase in Lymphocytes with respect to Placebo (p < 0.03)

**SECONDARY EFFICACY PARAMETERS**

**1.   Creatinine:** Serum creatinine indicates the level of degradation of creatine from muscle tissues in normal subjects having good kidney function.

| PARAMETERS | TESTOFEN® | Placebo | |
|---|---|---|---|
| Pre Treatment | 1.14 | 1.06 | |
| Post Treatment | 0.94 | 0.97 | |
| P value | 0.0001 | 0.053 | |
| Percentage change | - 16.66 | - 4.99 | P Value < 0.02 |

Serum creatinine has decreased significantly both in TESTOFEN® and Placebo group signifying that Creatine uptake and recycle in muscle are increased by exercise. However, TESTOFEN® group showed a percentage decrease of 16.66 compared to Placebo of 4.99 (p < 0.02). This confirms that TESTOFEN®

exerts a beneficial effect on Creatine uptake and recycle in muscle cells over and above physical workout.

2.  **Prolactin (ng/ml). Physiological Limits Men 2.1 to 17.7 ng/ml:**

| PARAMETERS | TESTOFEN® | Placebo | |
|---|---|---|---|
| Pre Treatment | 6.44 | 9.11 | |
| Post Treatment | 10.95 | 10.90 | |
| P value | 0.0001 | 0.093 | |
| Percentage change | 70 | 19.60 | P value < 0.04 |

Prolactin increase in exercise is predicted due to stress. As a result both TESTOFEN® and Placebo have shown significant increase with respect to base line. However, TESTOFEN® has shown significant percentage increase compared to Placebo (p < 0.04). This increase can be attributed to:

a.  Increased Prolactin secretion from Leucocytes

b.  Increased Prolactin secretion from metabolised (Estradiol) of increased free Testosterone

3.  **BODY COMPOSITIONS**

| PARAMETERS | TESTOFEN® | Placebo |
|---|---|---|
| **TRICEPS** | | |
| Pre Treatment | 7.48 | 7.85 |
| Post Treatment | 5.97 | 7.20 |
| P value | 0.003 | 0.280 |
| **THIGH** | | |
| Pre Treatment | 9.83 | 10.62 |
| Post Treatment | 8.39 | 9.57 |
| P value | 0.003 | 0.098 |
| **CHEST** | | |
| Pre Treatment | 4.86 | 5.08 |
| Post Treatment | 3.33 | 3.21 |
| P value | 0.003 | 0.006 |

Skin fold thickness in Triceps, Thigh and Chest have significant reduction with respect to baseline. However Placebo has also shown significant decrease in Chest but not in Triceps and Thigh. Percentage changes are not statistically significant.

**4.  MUSCLE SIZE**

| PARAMETERS | TESTOFEN® | Placebo |
|---|---|---|
| **THIGH** | | |
| Pre Treatment | 54.41 | 53.12 |
| Post Treatment | 54.33 | 51.73 |
| P value | 0.943 | 0.001 |
| | | |
| **FLEXED ARM** | | |
| Pre Treatment | 34.31 | 33.02 |
| Post Treatment | 34.57 | 33.56 |
| P value | 0.324 | 0.09 |
| | | |
| **SHOULDER** | | |
| Pre Treatment | 44.91 | 42.77 |
| Post Treatment | 41.88 | 41.27 |
| P value | 0.006 | 0.03 |
| | | |
| **CHEST** | | |
| Pre Treatment | 93.62 | 91.58 |
| Post Treatment | 94.00 | 91.56 |
| P value | 0.659 | 0.976 |

TESTOFEN® has maintained the weight and shown skin fold thickness reduction. In the light of this, if the muscle size is examined, TESTOFEN® has maintained Muscle size with exception of shoulder. Shoulder decrease could be attributed to reduction in fat.
Placebo group has increased in weight and has shown reduction in muscle of Thigh and Shoulder. Hence the readings are insignificant.


**CONCLUSION:**

1.  TESTOFEN® group has demonstrated significant anabolic activity as evidenced by BUN reduction (p<0.05) compared to placebo.

2.  TESTOFEN® group has significant increase in Free Testosterone (p<0.05) compared to Placebo.

3.  TESTOFEN® group has not only compensated the loss of Immunity significantly compared to Placebo (p<0.003), but has also increased immunity.

4.  TESTOFEN® group has shown significant reduction in Serum Creatinine levels (p<0.02) compared to placebo signifying Creatine uptake and recycle in muscle cell.

5.  TESTOFEN® group has shown significant increase in Prolactin compared to Placebo (p<0.04). However this increase is within Physiological limits for men.

6.  TESTOFEN® has shown significant decrease in body fat compared to baseline.

7.  TESTOFEN® has maintained Muscle size despite maintaining weight and reducing fat.

© Gencor Nutrients, Inc.

# EXHIBIT 5

## PRELIMINARY REPORT OF NICHOLAS P. JEWELL, Ph.D.

## I.    QUALIFICATIONS

1.      For the past 32 years, I have been a Professor in the Division of Biostatistics,
School of Public Health, and in the Department of Statistics, both at the University of California,
Berkeley.  Specifically, I have served as a Full Professor (1987 – present); Associate Professor
(1983 – 1987); and Assistant Professor (1981 – 1983).  Prior to that, I was an Assistant Professor
in the Department of Statistics at Princeton University, Princeton, New Jersey (1979 – 1981)
where I also served as Director of the Statistical Laboratories.  At Berkeley, I have also held the
position of Chair of the University of California Graduate Group in Biostatistics from 1986 –
1994, and from 2000 – 2007.  From 1994 to 2000, I served as Vice Provost at the University of
California, Berkeley, in the Office of the Chancellor.  From 2007-2008, I served as Vice Provost,
Academic Personnel, at the Office of the President of the University of California.

2.      I have served as a member of the National Academy of Sciences Committee on
National Statistics (1993 – 1996) and of the Committee on Theoretical and Applied Statistics
(1994 – 1996).  I received my Ph.D. in Mathematics from the University of Edinburgh, Scotland
in June 1976, and was a post-doctoral Harkness Fellow at Stanford University and the University
of California at Berkeley from 1976 to 1978 (funded by the Commonwealth Fund of New York).
In 1978-1979 I was a Research Fellow in the Medical Statistics Unit at the University of
Edinburgh, Scotland. I have also held Visiting Professor appointments at Oxford University,
England, in Spring 1990, at the London School of Hygiene and Tropical Medicine in Spring
2007, and at Kyoto University in Japan in Fall 2009. During April – May 2007, I was a resident
Fellow of the Rockefeller Foundation at their Study Center in Bellagio, Italy.

3.      I am the author of a textbook, "*Statistics for Epidemiology*" (Chapman and Hall,
New York 2003), as well as approximately 160 peer-reviewed articles in the field of biostatistics.
My areas of expertise include the analysis and interpretation of survival data and other statistical
methods to investigate risk factors for disease outcomes, and longitudinal data analysis. I am also
a founding editor of the journals *The International Journal of Biostatistics*, and *Statistical
Applications in Genetics and Molecular Biology*, and Associate Editor for the journal
*Biometrika*.  I have just been appointed as Editor of the Theory & Methods *Journal of the
American Statistical Association*, arguably the most prestigious statistical journal in the world. In
2005, I received the Snedecor Award, from the Committee of Presidents of the Statistical
Societies, awarded to "an individual who was instrumental in the development of statistical
theory in biometry."  The award is associated with the best publication in biostatistics in the
world in the previous 3 years.  I also received a Distinguished Teaching Award from the School
of Public Health, University of California at Berkeley, in 2004. I was the 2012 recipient of the
Marvin Zelen Leadership Award in Statistical Science from Harvard University.

4.      I am, or have been, a member and officer of several international statistical
societies including the International Biometric Society, the Institute of Mathematical Statistics,
and the American Statistical Association. I recently served as Chair of the Section on Statistics in
Epidemiology of the American Statistical Association (2009-2012). I was made a Fellow of the
American Statistical Association in 1991, and a Fellow of the Institute of Mathematical Statistics

in 1996. I served as President of the Western North American Region of the International
Biometric Society in 1991 – 1992, and as Treasurer of the Institute of Mathematical Statistics
from 1985 – 1988.  In 2007, I was appointed as Fellow of the American Association for the
Advancement of Science (AAAS).

     5.    I have relied on the documents referenced in this report and the attached
appendix, and upon my experience in the field of biostatistics, in preparing this document. My
opinions, contained herein, are all stated to a reasonable degree of scientific certainty. I reserve
the right to supplement this preliminary report if new, or significantly modified, quantitative
information is provided at any point.

## II.    ASSIGNMENT

     6.    I have been retained by Himmelstein Law Network to determine whether the
clinical trial identified on Gencor's website at http://www.gencorpacific.com/index.php/featured-
ingredients/testofen as Wankhede et. al., 2006, Effect of Testofen on safety, anabolic activity and
factors affecting exercise physiology, (referred to below as the "Study") supports Gencor's claim
that: "The active group demonstrated the following statistically significant results:  Significant
increase in free testosterone (p < .05) compared to placebo group" (the "Claim").

## III.    MATERIALS REVIEWED

     7.    In making this determination, I have reviewed: ███████████████
███████████████████████████████████████████

     a report entitled "Testofen Human Clinical Trial," Copyright 2006 by
Gencor Pacific, Inc. (the "2006 Report"); (c) a report entitled "Human Clinical Study for Free
Testosterone & Muscle Mass Boosting," Copyright 2008 by Gencor Nutrients, Inc. (the "2008
Report");

███████████████████████████████████████████████████

## IV.    SUMMARY OF CONCLUSIONS

     8.

Accordingly, the Claim is false.

## V.    <u>DISCUSSION</u>



10.    The ICH Harmonised Tripartite Guideline, Statistical Principles For Clinical Trials, E9 (Feb. 4, 1998) ("ICH Guideline") explains the difference between an "exploratory study" and a "confirmatory trial" as follows:

> A confirmatory trial is an adequately controlled trial in which the hypotheses are stated in advance and evaluated.  As a rule, confirmatory trials are necessary to provide firm evidence of efficacy or safety.  In such trials **the key hypothesis of interest follows directly from the trial's primary objective, is always pre-defined, and is the hypothesis that is subsequently tested when the trial is complete.**  (Section 2.1.2.)

> The rationale and design of confirmatory trials nearly always rests on earlier clinical work carried out in a series of exploratory studies.  Like all clinical trials, these exploratory studies should have clear and precise objectives.  However, in contrast to confirmatory trials, their objectives may not always lead to simple tests of pre-defined hypotheses.  . . . **Such trials cannot be the basis of the formal proof of efficacy**, although they may contribute to the total body of relevant evidence.

> **The protocol should make a clear distinction between the aspects of a trial that will be used for confirmatory proof and the aspects that will provide data for exploratory analysis.** (Section 2.1.3.)

11.    The ICH Guideline explains the difference between "Primary and Secondary Variables" as follows:

> The primary variable ('target' variable, primary endpoint) should be the variable capable of providing the most clinically relevant and convincing evidence directly related to the primary objective of the trial.  **There should generally be only one primary variable.**

**To avoid multiplicity concerns arising from post hoc definitions, it is critical to specify in the protocol the precise definition of the primary variable as it will be used in the statistical analysis.**

**Redefinition of the primary variable after unblinding will almost always be unacceptable, since the biases this introduces are difficult to assess.**  When the clinical effect defined by the primary objective is to be measured in more than one way, the protocol should identify one of the measurements as the primary variable on the basis of clinical relevance, importance, objectivity, and/or other relevant characteristics, whenever such selection is feasible.

Secondary variables are either supportive measurements related to the primary objective or measurements of effects related to the secondary objectives.  (Section 2.22.)





**B.    2006 Report**

18.    The 2006 Report states that "Primary objectives of the study were to determine
the effects of TESTOFEN on free testosterone and body composition during eight weeks of
resistance exercise and to evaluate safety of TESTOFEN."  (Page 2.)

19.    Under the heading "Safety," the 2006 Report lists 20 "biochemical parameters
[that] were analyzed for the active and placebo groups," including "Creatinine" and
"Lymphocytes," and states that "All of the parameters were normal for all participants," with no
further detail provided. (Last Page.)

**C.    2008 Report**

20.    The 2008 Report identifies the "PRIMARY" objective of the Study as "To
determine the effect of TESTOFEN on Safety, Anabolic Activity, Blood Testosterone, Immune
Function," and the "SECONDARY" objective as "To determine the effects of TESTOFEN on
body composition, Creatinine, Prolactin, and Muscle mass variation."  (Page 3.)

21.    The 2008 Report states that "Primary efficacy was assessed on the basis of
following parameters:  (1) Anabolic Activity by Nitrogen Absorption measured by BUN[1]; (2)
Blood testosterone both Total and Free; and (3) Total Lymphocyte count and check immunity."
(Page 8.)

22.    The 2008 Report states that "Secondary efficacy will be assessed on the basis of
following parameters:  (1) Exercise Physiology Biomarkers (a) Serum Creatinine, and (b) Serum
Prolactin; (2) Body Composition (a) Change in Fat-Free Mass, (b) Change in Percent Body Fat,

---

[1] BUN is an acronym for Blood Urea Nitrogen; measured in serum it provides information on
Nitrogen uptake and retention.

(c) Change in Fat Mass, and (d) Change in Body Weight; and (3) Muscle size (a) Change in thigh: maximal girth, inferior to the gluteal fold, (b) Change in flexed arm: maximal girth at mid upper arm, elbow flexed and muscle contracted, (c) Change in shoulders: across the maximal protrusion of the deltoids, and (d) Change in chest: mid-tidal volume."  (Page 8.)

23.



24.     The 2008 Report presents the following values for free testosterone levels (page 9):

| PARAMETERS | TESTOFEN | PLACEBO | |
|---|---|---|---|
| Pre Treatment | 17.76 | 21.30 | |
| Post Treatment | 35.29 | 31.70 | |
| P value | 0.0001 | 0.014 | |
| Percentage change | 96 | 48 | P Value < 0.05 |

25.     The 2008 Report concludes that "TESTOFEN group has significant increase in Free Testosterone (p < 0.05) compared to Placebo."  (Page 11, Conclusion 2.)



27.     The 2008 Report states that "Primary efficacy was assessed on the basis of the following parameters: I. Anabolic Activity by Nitrogen Absorption measured by BUN" (Page 8), and that "TESTOFEN group has demonstrated significant anabolic activity as evidenced by BUN reduction (p < 0.05) compared to placebo."  (Page 11, Conclusion 1.)



28.    The 2008 Study represents that the other two primary efficacy measures are "II. Blood Testosterone both Total and Free" (discussed above), and "III. Total Lymphocyte count and check immunity." (Page 8.) The 2008 Study states that "Testofen has a significant increase in Lymphocytes with respect to Placebo ($p < 0.03$)" (Page 9), from which the author(s) concludes that "TESTOFEN group has not only compensated the loss of Immunity significantly compared to Placebo ($p < 0.003$), but has also increased immunity." (Page 11, Conclusion 3.)

29.    The 2008 Report identifies as a "SECONDARY CLINICAL END POINT" "To determine the effects of TESTOFEN on . . . Creatinine, . . ." (Page 3); states that "Secondary efficacy will be assessed on the basis of 1. Exercise Physiology Biomarkers – Serum Creatinine" (Page 8); and that "TESTOFEN group has shown significant reduction in Serum Creatinine levels ($p < 0.02$) compared to placebo signifying Creatinine uptake and recycle in muscle cell." (Page 11, Conclusion 4.)

30.    The 2008 Report concludes that "TESTOFEN group has shown significant increase in Prolactin compared to Placebo ($p < 0.04$)." (Page 11, Conclusion 5.).







## VI.    MULTIPLICITY

43.    Statistical significance for efficacy comparisons is generally established by having a "P" value of less than .05 (the "significance level" is often different for safety comparisons).  In layman's terms, this means that there is less than a 5% (one in twenty) probability that the observed differences in the primary outcome measure across treatment groups is due to chance.  The greater the number of outcome measures being analyzed from a single trial, the greater the likelihood of a false positive result, called "Type I error" in statistical parlance, unless corrective statistical techniques are applied. That is, if each statistical test has a 0.05 chance of producing a false positive, then the overall chances of *some* false positive amongst *many* tests[3] will be much greater than 0.05.  This problem is known generally as "multiplicity."  See ICH Guideline, Section 2.2.5 ("It may sometimes be desirable to use more than one primary variable . . . . The effect on the Type I error should be explained because of the potential for multiplicity problems (see Section 5.6); the method of controlling type I error should be given in the protocol.").

44.    As the ICH Guideline explains:

When multiplicity is present, the usual frequentist approach to the analysis of clinical trial data may necessitate an adjustment to the type I error.  Multiplicity may arise, for example, from multiple primary variables (see Section 2.2.2) . . . . Methods to avoid or reduce multiplicity are sometimes preferable when available, such as the identification of the key primary variable (multiple variables) . . . . In confirmatory analyses, any aspects of multiplicity that remain after steps of this kind have been taken should be identified in the protocol; adjustment should always be considered and the details of any adjustment procedure or an explanation of why

---

[2]

Often denoted as the family-wise Type 1 error rate, where 'family' refers to the set, or family, of hypotheses being considered.

adjustment is not thought to be necessary should be set out in the
analysis plan.

(Section 5.6.)

45. ████████████████████████████████████████████

████████████████████████████ As one Indian medical journal recently
explained:

> In most of the clinical trials published in Indian medical journals
> multiple end points are measured and hence multiple statistical tests
> are used to measure the difference between groups. This may lead
> to increase in false positivity or Type I error. The P value is based
> on principal of probability, if with one statistical test the chance of
> having a significant result is 5%, then after 20 statistical tests it may
> be more than 40%. This is called inflation of type 1 error. More the
> number of statistical tests more inflation of Type 1 error. Inflation
> of type 1 error can be prevented dividing the endpoints at the design
> phase itself into primary and secondary endpoints. Most important
> endpoint should be considered as primary endpoint and other
> endpoints should be considered as secondary endpoints. **If the
> primary endpoint cannot be restricted to one then multiple
> endpoints should be adjusted with the help of various
> adjustment methods like Bonferroni method, least significant
> difference test, composite endpoint method etc.** In a study . . .
> done for clinical trials published in Indian medical journals it was
> found that **about one third of the clinical trials published in four
> Indian journals were false positive and statistical methods used
> to adjust this error was not mentioned in even a single trial**.

J. Charan, D. Saxena, Suggested Statistical Reporting Guidelines for Clinical Trials Data, Indian
J Psychol Med 2012 Jan-Mar; 34(1): 25-29.



47.    The simplest and most commonly used method of making such adjustments is
known as the "Bonferroni" correction. The correction is based on the observation that, if $k$ tests
are being evaluated separately, the family-wise Type 1 error rate is at most $k$ times 0.05 if each
test uses a standard 0.05 significance level. So, to obtain an overall significance level for the
whole family of tests at a significance level of 0.05, the Bonferroni correction indicates that each
individual test should be carried out using a significance level of $0.05/k$. See Wright (Adjusted p-
values for simultaneous inference, *Biometrics*, 1992, 1005-1013).



November 19, 2013

Nicholas P. Jewell, Ph.D.

# EXHIBIT 6

PHYTOTHERAPY RESEARCH
*Phytother. Res.* (2011)
Published online in Wiley Online Library
(wileyonlinelibrary.com) **DOI**: 10.1002/ptr.3360

# Physiological Aspects of Male Libido Enhanced by Standardized *Trigonella foenum-graecum* Extract and Mineral Formulation

**Elizabeth Steels,[1]\* Amanda Rao[1] and Luis Vitetta[2]**

[1]Applied Science and Nutrition Pty Ltd, Clinical Trials, Brisbane, Australia
[2]The University of Queensland, School of Medicine, Centre for Integrative Clinical and Molecular Medicine, Brisbane, Australia

The aim of the clinical study was to evaluate the effect of Testofen, a standardized *Trigonella foenum-graecum* (Fenugreek) extract and mineral formulation, on male libido (sexual drive, urge or desire) in a double blind randomized placebo controlled study. The study recruited 60 healthy males aged between 25 and 52, without erectile dysfunction and randomized to an oral dose (two tablets per day) of the active treatment (600 mg Testofen per day) or placebo for 6 weeks. The primary outcome measure was the DISF-SR (male) self-administered QOL total score and the four domain scores. The secondary outcome was specific quality of life parameters. Testofen had an overall positive effect on physiological aspects of libido. In particular, there was a significant increase in the subdomains of sexual arousal and orgasm. Testofen had a positive effect on QOL in self-reported satisfaction with muscle strength, energy and well-being but did not have an effect on mood or sleep. Serum prolactin and testosterone levels remained within the reference range. It was concluded that Testofen demonstrated a significant positive effect on physiological aspects of libido and may assist to maintain normal healthy testosterone levels. Copyright © 2011 John Wiley & Sons, Ltd.

*Keywords:* libido; *Trigonella foenum graecum*; fenugreek; nutraceuticals; reproductive health; Testofen.

## INTRODUCTION

Low libido is often described as a lack of interest in sexual activity, low sex drive, lack of urge or desire and is not to be mistaken with erectile dysfunction, impotence or infertility. Men who report experiencing erectile dysfunction have normal levels of desire but cannot physically act on those desires, whereas men with low sex drives can perform sexually but do not have the desire to do so.

The Global Study of Sexual Attitude and Behaviours conducted on 27500 men and women in 30 countries indicated that a lack of interest or desire in sexual intercourse was reported by 18% of men, and that a lack of pleasure from sexual intercourse was reported by 11% of the participating men (Brock *et al.*, 2003). The cause of low sexual drives is not always obvious. It can be the result of psychological issues, physical conditions or combinations of a number of other factors. Psychological factors can include stress, distractions, depression, abuse or trauma as well as body image issues. On a physiological level, factors that disrupt normal hormonal balance are most likely caused by low levels of testosterone, poor fitness, being overweight or obese, malnourished, excessive alcohol intake, chronic stress (adrenal depletion) or other endocrine issues such as hypothyroidism, diabetes and hyperprolactinaemia. It is

also noteworthy that medications such as diuretics and antidepressants can reduce libido (Tom, 2006).

It is now recognized that oestrogen/testosterone ratios are important in influencing libido, with oestrogen therapy inhibiting libido (females) and androgen therapy having a positive effect on libido in both males and females. The benefits of testosterone replacement therapy in men with documented hypogonadism are well recognized, with improved body composition (increased lean body mass, enhanced muscle, diminished visceral fat), mood, cognition and sexual function (Miner *et al.*, 2008; Beg *et al.*, 2008; Gruenewald and Matsumoto, 2003; Zhang *et al.*, 2006). More recently, it was shown that statin therapy was associated with lower testosterone, prolactin and symptoms of hypogonadism (Corona *et al.*, 2010).

In recent years, there has been significant interest in a herbal medicines traditionally used to improve sexual function and performance. *Ginkgo biloba* has been shown to be effective for antidepressant-induced sexual dysfunction, possibly through improved circulation and prostaglandin agonist effects or neurotransmitter and nitric oxide second messenger modulation (Cohen and Bartlik, 1998). Research has also shown that *Panax ginseng* enhances the libido possibly through its effects on the CNS and gonadal tissues as well as increasing stamina during intercourse (Jai *et al.*, 2009).

*Trigonella foenum-graecum* is rich in the steroidal saponins including diosgenin, yamogenin, gitogenin, tigogenin and neotigogens. Diosgenin is an important precursor for the synthesis of a number of sex hormones, and has been shown to exhibit oestrogenic effects (Aradhana *et al.*, 1992). Sreeja *et al.* (2010) has since demonstrated that *Trigonella foenum-graecum* seed

\* Correspondence to: Elizabeth Steels, Applied Science and Nutrition Pty Ltd, Clinical Trials, PO Box 68, New Farm, Brisbane, Queensland, Australia 4005.
E mail: beth@asnresearch.com.au

*Received 19 September 2010*
*Revised 19 October 2010*
*Accepted 26 October 2010*

Copyright © 2011 John Wiley & Sons, Ltd.

extract has oestrogenic activity, binding to oestrogen receptors and inducing the expression of oestrogen responsive genes. *Trigonella foenum-graecum* also contains other therapeutically active constituents, including choline and trimethylamine, retinol, vitamin D, riboflavin, pyridoxine and essential oils (Blumenthal *et al.*, 2000; Varjas *et al.*, 2010).

*Trigonella foenum-graecum* has been used in conditions including diabetes and dyslipidaemia. Efficacy and safety of this herb has been established by various clinical trials and supported by subsequent reviews (Basch *et al.*, 2003; Thompson Coon and Ernst, 2003). More recent research demonstrated that diosgenin present in fenugreek improves glucose metabolism by promoting adipocyte differentiation and inhibiting inflammation in adipose tissues (Uemura *et al.*, 2010). An unpublished randomized double blind study, by Gencor Pacific, on the same extract demonstrated that it had a positive effect on anabolic activity (as evidenced by BUN reduction) as well as significant increase in free testosterone and creatinine, compared with placebo, in a group of healthy exercising males. This supports a previous unpublished animal study, by SL Bodhankar, of the same standardized extract demonstrating an increased aphrodisiac activity and increased serum testosterone levels. Interestingly, traditional Chinese herbalists used *Trigonella foenum-graecum* for kidney problems and conditions affecting the male reproductive tract (Escot, 1995).

The current study was designed to evaluate the effects of a formulation containing the Testofen brand of *Trigonella foenum-graecum* extract combined with magnesium, zinc and pyridoxine on healthy males with low libido without sexual dysfunction.

## MATERIALS AND METHODS

**Recruitment.** The participants were recruited through local media advertising and clinical trial databases. All participants were healthy heterosexual males 25–52 years of age interested in increasing libido. These men reported that they were not experiencing sexual dysfunction. The inclusion criteria consisted of heterosexual males 25–52 years of age, who were in a stable sexual relationship and sexually active for at least 6 months and had an anticipated stable sexual relationship for the following 8 weeks. The exclusion criteria included any physical disability that could have potentially limited sexual function, receiving any treatment/therapy for any sexual disorder during the past 6 months, prescribed coumadin (warfarin), heparin, daltaparin, enoxaparin or any other anticoagulant therapy, prescribed levodopa for Parkinson's disease or calcipotriene for psoriasis, diagnosed with hypertension and prescribed antihypertensive medications, diagnosed severe renal and/or hepatic insufficiency, genital anatomical deformities, uncontrolled diabetes mellitus, history of spinal cord injury, uncontrolled psychiatric disorder and abnormal secondary sexual characteristics. It also included diagnosed prostatic cancer or benign hypertrophy, history of genital surgery, current or history of chronic alcohol and/or drug abuse, suspected or diagnosed chickpea allergy and participation in any other clinical trial during the past 30 days.

**Screening and randomization.** Potential participants were screened via telephone, then requested to attend an information session where they were informed of the trial process and asked to provide their consent prior to further involvement in the trial. Consenting participants had a case history taken and underwent a brief medical assessment and blood samples taken for prostate specific antigen (PSA), full blood count (FBC), testosterone and prolactin.

The randomization of the active treatment and placebo was performed using random allocation software. Randomization was based on a total of 60 subjects, randomly allocated into two arms of equal numbers of subjects ($n=30$ for each group). There were no other criteria for randomization, however, the active treatment and placebo groups were found to be comparable in BMI and age. Both the active treatment product and the placebo product were enclosed in tablet bottles that were identical in function and appearance and individually coded. The active and placebo tablets were coated in opadry II white and carnuba wax and were not printed or stamped with identifying markings in order to minimize identifiable tablet odour, appearance, texture, hardness and other unique physical properties.

The active treatment product was a tablet-form herbal formulation containing 300 mg of Testofen brand *Trigonella foenum-graecum* extract powder supplied by Gencor Pacific Ltd, 17 mg magnesium, 15 mg elemental zinc and 5 mg pyridoxine and the excipients microcrystalline cellulose, calcium hydrogen phosphate and other pharmaceutical grade excipients. The placebo product contained 50 mg rice bran and the excipients microcrystalline cellulose, calcium hydrogen phosphate and other pharmaceutical grade excipients.

**Outcome measures.** The primary outcome was efficacy of the treatment using the DISF-SR (males), the self-report version of the Derogatis interview for sexual functioning-self report. The DISF-SR is a set of 21 questions, split into four domains: sexual cognition/fantasy (SC), sexual arousal (SA), sexual behaviour/experiences (SB) and orgasm (O); and is designed to measure the quality of sexual function (Derogatis and Mellisaratos, 1979). All subjects completed this questionnaire at the start of the trial to provide a baseline response, and at weeks 3 and 6. For the first three domains, SC, SS and SB, the participants gave a response in the range 0–8 for each of the five questions. For the fourth domain (O), the participants were asked to give a response from 0–4 for each of the six questions.

The hormone profile was also collected; FBC and PSA (at baseline only) and serum testosterone and serum prolactin at baseline and 6 weeks. There is some evidence to suggest high levels of serum testosterone may affect serum haematocrit and PSA levels; therefore these markers have been included as surrogate safety markers. Elevated serum prolactin levels have been associated with lowered sexual desire and erectile dysfunction and may act as a negative-feedback control for sexual drive; therefore serum prolactin has been included to identify a potential confounder of the study results.

A secondary outcome was a quality of life (QOL) assessment, on a 5-point satisfaction scale, taken at baseline and at 6 weeks, rating the participants'

Copyright © 2011 John Wiley & Sons, Ltd.

MALE LIBIDO ENHANCED BY STANDARDIZED *TRIGONELLA FOENUM GRAECUM* EXTRACT

satisfaction with libido, performance, muscle, strength, energy, and stamina, mood and sleep. Participants were monitored for compliance with the protocol by a combination of telephone and e-mail communications.

**Statistics.** The DISF-SR (males) is constructed to have a population mean score of 50 and a population standard deviation of 10. The test–re-test reliability is documented as approximately 0.8, which implies an error standard deviation in the analysis of covariance of approximately 4.5 (assuming that 80% of the test variance is explained by correlation with the pre-test result). Given a Holm's corrected test procedure, the minimal detectable effect size for the sample size is 3.86 (Holm, 1979). In a study of pre-treatment sexual health in prostate cancer, Zinreich *et al.* (1990) identified that a score of 48 (i.e. a difference of 2 from the population mean) is functionally normal. The study has therefore been powered to detect a between-group difference of 4.

Efficacy analyses were based on changes in questionnaire response scores from baseline at both 3 and 6 weeks. For each time point, the following comparisons were made for each question score, each domain sub-total, and the overall total of the 21 questions: (a) change in active treatment subjects; (b) change in placebo subjects; and (c) difference in change from baseline between active treatment and placebo subjects.

Efficacy was demonstrated if the change from baseline was significantly greater for the active treatment than for the placebo. The model used was a repeated measures analysis of variance, with 'Time' and 'Treatment' (active treatment and placebo) as fixed effects and 'Subject' as a random effect. Parameter estimates were obtained using REML (Patterson and Thompson, 1971), as implemented by Pinheiro and Bates (2000). Because of the large number of responses for each subject, multiplicity adjustments were required to avoid type I error rate inflation. Strong control of the family-wise type I error rate was achieved using Holm's method (Holm, 1979). Holm's method is a step-down Bonferroni adjustment, which stochastically dominates the Bonferroni procedure. The changes in the QOL questionnaires and testosterone and prolactin measurements between baseline and week 6 were analysed in the same manner.

The trial was assessed and approved by the Ethics Committee of the Queensland Clinical Trial Network (QCTN).

## RESULTS

### Demographics

Initially, 60 men were recruited into the study, with 54 participants completing the study, 27 in each arm. There were six withdrawals; three each from the active treatment and the placebo groups. The study group consisted of men aged between 25 and 52 years, with the average age being 41.3 years (STD 6.1). There was no difference between the average age of those on active treatment and placebo (41.1 and 41.6 years, respectively). The BMI for the two groups were similar (active treatment 26.7 and placebo 28.6).

Copyright © 2011 John Wiley & Sons, Ltd.

### Data Analysis

The result for the Total DISF-SR score was based on changes in total score across all 21 questions (Fig. 1). It takes into account all four areas of libido; sexual cognition/fantasy, sexual arousal, sexual behaviour/experiences, and orgasm. For both the 3 and 6 week time-points, the estimate, standard error, *p*-value and Holm adjusted *p*-value are shown for the change in score for active treatment subjects, change in score for placebo subjects, and the difference in change from baseline between active treatment subjects and placebo subjects (Table 1).

There are statistically significant increases in Total DISF-SR score for active treatment subjects and statistically significant interactions at both the 3 weeks (67.59 to 75.67; *p*<0.01) and 6 week time-points (67.59 to 82.48; *p*<0.01). There is a statistically significant decrease in Total DISF-SR score for placebo subjects at the 6 week time-point (72.93 to 66.81; *p*<0.01).

DISF-SR domain sub-scores: Table 2 and Fig. 2 shows the results for the analysis based on changes in sub-total scores for each domain. For each of the four domains, at both 3 weeks and 6 weeks, the estimate, standard error, *p*-value and Holm adjusted *p*-value are shown for the change in score for active subjects, change in score for placebo subjects, and the difference





**Figure 1.** Changes from baseline for Total DISF SR Score for participants on active treatment and placebo at week 3 and week 6.

**Table 1. Total DISF-SR change score for participants on active treatment and placebo at week 3 and week 6**

| Variable | Time difference | Term | Estimate | SE | $p$ value | Adjusted $p$ value |
|---|---|---|---|---|---|---|
| Total | 3 weeks | Interaction | −13.852 | 3.114 | 0.000 | 0.000 |
| Total | 3 weeks | Change: Active | 10.889 | 2.202 | 0.000 | 0.000 |
| Total | 3 weeks | Change: Placebo | −2.963 | 2.202 | 0.184 | 0.184 |
| Total | 6 weeks | Interaction | −22.074 | 3.213 | 0.000 | 0.000 |
| Total | 6 weeks | Change: Active | 15.852 | 2.272 | 0.000 | 0.000 |
| Total | 6 weeks | Change: Placebo | −6.222 | 2.272 | 0.008 | 0.017 |

**Table 2. Domain change score for participants on active treatment and placebo at week 3 and week 6**

| Variable | Time difference | Term | Estimate | SE | $p$ value | Adjusted $p$ value |
|---|---|---|---|---|---|---|
| SC subtotal | 3 weeks | Interaction | −3.556 | 1.630 | 0.034 | 0.202 |
| SC subtotal | 3 weeks | Change: Active | 2.630 | 1.152 | 0.027 | 0.186 |
| SC subtotal | 3 weeks | Change: Placebo | −0.926 | 1.152 | 0.425 | 0.866 |
| SC subtotal | 6 weeks | Interaction | −6.296 | 1.371 | 0.000 | 0.000 |
| SC subtotal | 6 weeks | Change: Active | 3.815 | 0.969 | 0.000 | 0.003 |
| SC subtotal | 6 weeks | Change: Placebo | −2.481 | 0.969 | 0.013 | 0.134 |
| SA subtotal | 3 weeks | Interaction | −3.111 | 0.952 | 0.002 | 0.021 |
| SA subtotal | 3 weeks | Change: Active | 3.259 | 0.673 | 0.000 | 0.000 |
| SA subtotal | 3 weeks | Change: Placebo | 0.148 | 0.673 | 0.827 | 0.866 |
| SA subtotal | 6 weeks | Interaction | −6.296 | 1.124 | 0.000 | 0.000 |
| SA subtotal | 6 weeks | Change: Active | 5.000 | 0.795 | 0.000 | 0.000 |
| SA subtotal | 6 weeks | Change: Placebo | −1.296 | 0.795 | 0.109 | 0.545 |
| SB subtotal | 3 weeks | Interaction | −4.481 | 0.863 | 0.000 | 0.000 |
| SB subtotal | 3 weeks | Change: Active | 2.926 | 0.610 | 0.000 | 0.000 |
| SB subtotal | 3 weeks | Change: Placebo | −1.556 | 0.610 | 0.014 | 0.134 |
| SB subtotal | 6 weeks | Interaction | −5.370 | 1.002 | 0.000 | 0.000 |
| SB subtotal | 6 weeks | Change: Active | 3.593 | 0.709 | 0.000 | 0.000 |
| SB subtotal | 6 weeks | Change: Placebo | −1.778 | 0.709 | 0.015 | 0.134 |
| SO subtotal | 3 weeks | Interaction | −2.704 | 0.724 | 0.000 | 0.006 |
| O subtotal | 3 weeks | Change: Active | 2.074 | 0.512 | 0.000 | 0.002 |
| O subtotal | 3 weeks | Change: Placebo | −0.630 | 0.512 | 0.224 | 0.866 |
| O subtotal | 6 weeks | Interaction | −4.111 | 0.754 | 0.000 | 0.000 |
| O subtotal | 6 weeks | Change: Active | 3.444 | 0.533 | 0.000 | 0.000 |
| O subtotal | 6 weeks | Change: Placebo | −0.667 | 0.533 | 0.217 | 0.866 |

in change from baseline between active treatment and placebo subjects.

For all four domains there are statistically significant increases for active treatment subjects at the week 6 time-point. For the sexual arousal (SA) domain, sexual behaviour (SB) and orgasm (O) domains there were also statistically significant changes and interactions at the week 3 time point. There were no statistically significant changes in the placebo group in any domains. These results are shown in Table 3.

It is noteworthy that positive changes were observed in the majority of the individual questions in the sexual arousal domain, relating to the ability to obtain full erections (Q6, Q7 and Q9). Similarly, all questions in the orgasm domain relating to ability, intensity and duration of orgasm (Q17, Q18, Q19 and Q21) were statistically significant.

Based on these results, there is evidence of improvement in libido, particularly in the physiological areas of sexual function and performance following treatment. As expected, changes are much more pronounced in the domains and Total DISF-SR than the individual questions.

General Quality of Life: The participants additionally completed a 5 point Likert scale of improvement at completion of the trial. These results indicate that majority of the active group felt improvements in libido (81.5%; 22 of 27), recovery time (66.7%; 18 of 27) and quality of sexual performance (63.0%; 17 of 27) as a result of receiving the active treatment. In addition, the majority of active treatment subjects also felt there was improvement in general energy (81.5%; 22 of 27) and wellbeing (55.6%; 15 of 27). Overall, there was very little change in mood and sleep in either the active treatment or the placebo group. There was no improvement in any of the questions in the placebo group. These results support the findings of the DISF-SR.

Analysis of Change in Hormone Levels: The FBC, PSA, total testosterone and prolactin levels were tested pre-test and the results were within normal reference range for all participants. The average serum testosterone levels were similar for both groups: active treatment group, 14.8 nmol/L (±6.3), placebo group, 14.6 nmol/L (±5.6). The serum testosterone levels remained within normal reference range after treatment

Copyright © 2011 John Wiley & Sons, Ltd.

MALE LIBIDO ENHANCED BY STANDARDIZED *TRIGONELLA FOENUM GRAECUM* EXTRACT



**Figure 2.** Changes from baseline for Domain Scores for participants on active treatment and placebo at week 6.

**Table 3. DISF-SR domain sub-scores in the active and placebo groups at baseline, 3 and 6 weeks**

| Domains Average scores | Active group (*n* = 27) | Placebo group (*n* = 27) |
|---|---|---|
| 1. Sexual cognition | | |
| Baseline | 21.78 | 23.96 |
| Week 3 | 23.48 | 23.28 |
| Week 6 | 25.36 | 21.68 |
| Total possible score 40 | | |
| 2. Sexual arousal | | |
| Baseline | 16.07 | 17.81 |
| Week 3 | 18.70 | 18.16 |
| Week 6 | 20.56 | 16.56 |
| Total possible score 40 | | |
| 3. Sexual behaviour | | |
| Baseline | 14.69 | 15.96 |
| Week 3 | 17.29 | 14.53 |
| Week 6 | 18.32 | 14.28 |
| Total possible score 40 | | |
| 4. Orgasm | | |
| Baseline | 14.78 | 15.18 |
| Week 3 | 16.19 | 14.28 |
| Week 6 | 18.24 | 14.29 |
| Total possible score 24 | | |

Copyright © 2011 John Wiley & Sons, Ltd.

in both the active treatment group (14.3 nmol/L (±5.8) and placebo group 13.1 nmol/L (±5.7). The average prolactin levels were similar for both groups: active treatment group, 5.8 µg/L (±1.8), placebo group, 6.0 µg/L (±2.6). There were no significant changes in prolactin levels after 6 weeks of treatment in either the active treatment group 6.3 µg/L (±1.7) or placebo group 6.0 µg/L (±2.6). There were no correlations between the different parameters of the study, i.e. age/serum testosterone, serum testosterone/ DISF-SR total score, age/DISF-SR total score.

### Adverse events

There were no adverse events recorded during the clinical trial. The product was well tolerated, however, three of the participants in the active treatment group reported a slight stomach discomfort when taking it in the absence of food.

### Summary

This study has demonstrated that there was a significant improvement in sexual function and performance following treatment with the active treatment. Additionally, there was a small reduction in performance for people treated with the placebo. The treatment did not affect testosterone or prolactin levels in this male sample study group at either 3 or 6 weeks.

### DISCUSSION

This clinical trial has demonstrated that *Trigonella foenum-graecum* extract powder was efficacious in enhancing male libido in healthy adult males with normal testosterone, prolactin and PSA levels. In particular, positive changes were observed in the physiological aspects of libido. This was accompanied by improved quality of life, including well-being and energy. Also this study has shown that sexual satisfaction was associated with better quality of life.

Traditionally, *Trigonella foenum-graecum* has been reported to be useful in hormonal regulation, in particular for male impotence and as a galactagogue in lactating mothers (Zuppa *et al.*, 2010). Clinical studies, however, have focused primarily on the use of *Trigonella foenum-graecum* in the control of blood sugar and serum cholesterol levels. In 1990, Sharma and coauthors demonstrated that *Trigonella foenum-graecum* significantly reduced fasting blood sugar and serum total cholesterol, LDL and VLDL cholesterol and triglycerides. In 2008, Lu and coauthors conducted a larger trial on 69 type 2 diabetes mellitus patients taking hypoglycaemic drugs. They observed statistically significant decreases in FBG, 2h PBG, HbA1c and CSQS in the treated group compared with those in the control group (Lu *et al.*, 2008). More recently, a placebo-controlled parallel trial study of 39 overweight males demonstrated that a significant decrease in the

insulin/glucose ratio and daily fat consumption, in overweight subjects administered the *Trigonella foenum-graecum* seed extract (Chevassus *et al.*, 2010). In a recent UK study of men with erectile dysfunction, it was identified that 82% were overweight or obese and 40% had metabolic syndrome (based on three or more of five criteria: waist circumference, high triglycerides, low levels of high-density lipoprotein cholesterol, hypertension and impaired glucose tolerance) (Somani *et al.*, 2010). It is noteworthy that the men in the present study, while being otherwise healthy were in the overweight category.

It is likely the saponins are, at least partly, responsible for these physiological effects. Petit *et al.* (1995) purified steroidal saponins from the *Trigonella foenum-graecum* seed extract and demonstrated a modification of the circadian rhythm of feeding behaviour, stabilization of food consumption and decreased total plasma cholesterol in diabetic rats. Further studies, looking at mechanisms of action, demonstrated that the hypolipidaemic effect was mediated through inhibition of fat accumulation and up-regulation of LDL receptor (Vijayakumar *et al.*, 2008). The mechanisms may be quite complex, as it was been further shown that the saponin 'diosgenin' present in fenugreek improves glucose metabolism by promoting adipocyte differentiation and inhibiting inflammation in adipose tissues (Uemura *et al.*, 2010). Shim *et al.* (2008) have shed further light on possible mechanisms of action of the saponins in *Trigonella foenum-graecum* seed extract. By using bioassay-guided fractionation, the authors identified steroidal saponins: gitogenin-O-beta-D-xylopyranosyl-(1-->6)-beta-D-glucopyranoside and dioscin that stimulate rat GH release in rat pituitary cells. While all of these are observations in cell and animal models, it has been established that there is a direct correlation between growth hormone, testosterone levels and age-related decline in both male and female libido.

A role for *Trigonella foenum-graecum* in supporting hormone mediated activity pathways has been shown previously in an unpublished double-blind randomized study, by Gencor Pacific, of 38 sedentary men who participated in a daily active exercise programme for 6 weeks. At the end of the programme, there was a significant increase in muscle mass, energy and stamina and an associated increase in serum testosterone levels. Similarly, the present study involved mainly sedentary men that were not involved in exercise, and supplementation with *Trigonella foenum-graecum* did not show changes in serum testosterone levels. It is possible that *Trigonella foenum-graecum* is metabolized differently when combined with exercise, or that a number of inter-related mechanisms of action are occurring.

Taken together, this research indicates that *Trigonella foenum-graecum* has potential in balancing hormones and, in particular, is a well tolerated naturally derived product to use to support libido in healthy males.

### Conflict of Interest

The authors have declared that there is no conflict of interest.

Copyright © 2011 John Wiley & Sons, Ltd.

MALE LIBIDO ENHANCED BY STANDARDIZED *TRIGONELLA FOENUM GRAECUM* EXTRACT

## REFERENCES

Aradhana A, Rao AR, Kale RK. 1992. Diosgenin a growth stimulator of mammary gland of ovariectomized mouse. *Indian J Exp Biol* **30**: 367 370.

Basch E, Ulbricht C, Kuo G, Szapary P, Smith M. 2003. Therapeutic applications of fenugreek. *Altern Med Rev* **8**: 20 27.

Beg S, Al Khoury L, Cunningham GR. 2008. Testosterone replacement in men. *Curr Opin Endocrinol Diab Obes* **15**: 364 370.

Blumenthal M, Goldberg A, Brinckmann J. 2000. *Herbal Medicine: Expanded Commission E Monographs*. Integrative Medicine Communications: Austin, TX, USA; 130 133.

Brock G, Laumann E, Glasser DB, Nicolosi A, Gingell C, King R. 2003. Prevalence of sexual dysfunction among mature men and women in USA, Canada, Australia and New Zealand. *Program and Abstracts from the American Urological Association 98th Annual Meeting*. Abstract. American Urological Association: Chicago, IL, USA; 1226.

Chevassus H, Gaillard JB, Farret A *et al*. 2010. A fenugreek seed extract selectively reduces spontaneous fat intake in overweight subjects. *Eur J Clin Pharmacol* **66**: 449 455.

Cohen AJ, Bartlik B. 1998. *Ginkgo biloba* for antidepressant induced sexual dysfunction. *J Sex Marital Ther* **24**: 139 143.

Corona G, Boddi V, Balercia G *et al*. 2010. The effect of statin therapy on testosterone levels in subjects consulting for erectile dysfunction. *J Sex Med* **7**: 1547 1556.

Derogatis LR, Mellisaratos N. 1979. The DSFI: a multidimensional measure of sexual functioning. *J Sex Marital Ther* **5**: 244 281.

Escot N. 1995. Fenugreek. *ATOMS* **1994/5:** 7 12.

Gruenewald DA, Matsumoto AM. 2003. Testosterone supplemen tation therapy for older men: potential benefits and risks. *J Am Geriatr Soc* **51**: 101 115.

Holm S. 1979. A simple sequentially rejective multiple test procedure. *Scand J Stat* **6**: 65 70.

Jai L, Zhao Y, Liang X. 2009. Current evaluation of the millennium phytomedicine ginseng (ii): collected chemical entities, modern pharmacology, and clinical applications emanated from traditional Chinese medicine. *Curr Med Chem* **16**: 2924 2942.

Lu FR, Shen L, Qin Y, Gao L, Li H, Dai Y. 2008. Clinical observation on *Trigonella foenum graecum* L. total saponins in combination with sulfonylureas in the treatment of type 2 diabetes mellitus. *Chin J Integr Med* **14**: 56 60.

Miner M, Canty DJ, Shabsigh R. 2008. Testosterone replacement therapy in hypogonadal men: assessing benefits, risks, and best practices. *Postgrad Med* **120**: 130 153.

Patterson H, Thompson R. 1971. Recovery of inter block informa tion when block sizes are unequal. *Biometrika* **58**: 545 554.

Petit PR, Sauvaire YD, Hillaire Buys DM *et al*. 1995. Steroid saponins from fenugreek seeds: extraction, purification, and pharmacological investigation on feeding behavior and plasma cholesterol. *Steroids* **60**: 674 680.

Pinheiro JC, Bates DM. 2000. *Mixed Effects Models in S and S Plus*, 1st edn. Springer Verlag: Berlin.

Seidman SN, Rabkin JG. 1998. Testosterone replacement therapy for hypogonadal men with SSRI refractory depression. *J Aff Disord* **48**: 157 161.

Sharma RD, Raghuram TC, Rao NS. 1990. Effect of fenugreek seeds on blood glucose and serum lipids in type I diabetes. *Eur J Clin Nutr* **44**: 301 306.

Shim SH, Lee EJ, Kim JS *et al*. 2008. Rat growth hormone release stimulators from fenugreek seeds. *Chem Biodivers* **5**: 1753 1761.

Somani B, Khan S, Donat R. 2010. Screening for metabolic syndrome and testosterone deficiency in patients with erectile dysfunction: results from the first UK prospective study. *BJU Int* **106**: 688 690.

Sreeja S, Anju VS, Sreeja S. 2010. *In vitro* estrogenic activities of fenugreek *Trigonella foenum graecum* seeds. *Indian J Med Res* **131**: 814 819.

Thompson Coon JS, Ernst E. 2003. Herbs for serum cholesterol reduction: a systematic view. *J Fam Pract* **52**: 468 478.

Tom WC. 2006. Drug induced male sexual dysfunction. *Pharmacist's Lett/ Prescriber's Lett* **22**: 220907.

Uemura T, Hirai S, Mizoguchi N *et al*. 2010. Diosgenin present in fenugreek improves glucose metabolism by promoting adipocyte differentiation and inhibiting inflammation in adipose tissues. *Mol Nutr Food Res* **54**: 1596 1608.

Varjas T, Nowrasteh G, Budán F *et al*. 2010. The effect of fenugreek on the gene expression of arachidonic acid metabolizing enzymes. *Phytother Res* 2010 Jul 16. [Epub ahead of print]

Vijayakumar MV, Pandey V, Mishra GC, Bhat MK. 2008. Hypolipidemic effect of fenugreek seeds is mediated through inhibition of fat accumulation and upregulation of LDL receptor. *Obesity* **18**: 667 674. Epub 2009 Oct 22.

Zhang XH, Filippi S, Morelli A *et al*. 2006. Testosterone restores diabetes induced erectile dysfunction and sildenafil responsiveness in two distinct animal models of chemical diabetes. *J Sex Med* **3**: 253 564.

Zinreich ES, Derogatis LR, Herpst J, Auvil G, Piantadosi S, Order SE. 1990. Pretreatment evaluation of sexual function in patients with adenocarcinoma of the prostate. *Int J Radiat Oncol Biol Phys* **19**: 1001 1004.

Zuppa AA, Sindico P, Orchi C *et al*. 2010. Safety and efficacy of galactogogues: substances that induce, maintain and increase breast milk production. *J Pharm Pharm Sci* **13**: 162 174.

Copyright © 2011 John Wiley & Sons, Ltd.

# EXHIBIT 7

TEXAS AMERICAN COLLEGE OF SPORTS MEDICINE 2009 CONFERENCE

**Fenugreek Extract Supplementation Has No effect on the Hormonal Profile of Resitance-Trained Males**

Brandon Bushey[1], Lem W. Taylor[1], Colin W. Wilborn[1], Chris Poole[1], Cliffa A. Foster[1], Bill Campbell[2], Richard B. Kreider[3], Darryn S. Willoughby[4]

[1]University of Mary Hardin-Baylor, [2]University of South Florida, [3]Texas A&M University, Baylor University[4]

*Int J Exerc Sci 2(1): S13, 2009.* Fenugreek is herb that has several purported uses in animal models. Despite no substantiated claims in human research models, fenugreek has been marketed in dietary products as having anabolic potential for resistance trained athletes. **PURPOSE:** The purpose of this study was to investigate the potential anabolic effects of fenugreek extract supplementation in conjunction with a controlled resistance training program. **METHODS:** Forty-five resistance trained males were matched by fat free mass and randomly assigned to ingest in a double blind manner capsules containing 500mg of a placebo (PL) (N = 24, 20.1 ± 2.6 yr, 85.5 ±13.4 kg, 177.00 ± 6.1 cm) or fenugreek extract (FE) (N = 21, 21.4 ± 2.95 yr, 89.9 ±18.8 kg, 178.00 ± 6.27 cm). Subjects participated in a supervised 4-day per week periodized resistance-training program for 8 weeks in conjunction with supplementation. Venous blood samples were obtained using standard procedures at baseline (PRE), 4 weeks, and 8-weeks (POST). Serum analyses included cortisol, insulin, leptin, free testosterone, estrogen, and DHT. Statistical analyses utilized a two-way ANOVA with repeated measures for serum hormone responses ($p<0.05$). **RESULTS:** A significant interaction ($p<0.05$) between groups for DHT was observed for PL (PRE: 1187±482; POST: 1258±493 pg/ml) and FE (PRE: 1263±496; POST: 1144±447 pg/ml) indicating that supplementation resulted in significant decrease in DHT levels. Significant differences in DHT responses from supplementation showed a -9.42% change for the FE group accompanied with a 5.98% increase in the PL group. No significant effects for groups or interactions were observed for the anabolic hormones free testosterone and estrogen ($p<0.05$). Additionally, no significant main effects for groups or time were observed for the metabolic hormones insulin, cortisol, and leptin ($p<0.05$). **CONCLUSIONS:** Supplementation of fenugreek extract resulted in a decrease in serum DHT levels in comparison to placebo. However, other anabolic and metabolic hormone analyses were not affected by supplementation. We conclude that in conjunction with structured resistance training, supplementation of fenugreek extract does not appear to affect hormonal status in resistance trained males and shows no anabolic potential as has been purported. This study was supported by INDUS BIOTECH



# EXHIBIT 8

# Journal of the International Society of Sports Nutrition



BioMed Central

Open Access

Poster presentation

# Effects of TESTOSURGE supplementation on strength, body composition and hormonal profiles during an 8-week resistance training program

Chris Poole[1], Brandon Bushey[1], Earnest Pena[1], Eric Constancio[1], Tyler Jones[1], Fanny Dufour[1], Natalie Ervin[1], Brittany Clemens[1], Darryn Willoughby[2], Richard Kreider[3], Cliffa Foster[1], Lem Taylor[1] and Colin Wilborn*[1]

Address: [1]University of Mary Hardin-Baylor, Human Performance Lab, Belton, TX 76513, USA, [2]Baylor University, Exercise and Biochemical Nutrition Lab, Waco, TX, USA and [3]Texas A&M University, Exercise and Sport Nutrition Lab, College Station, TX, USA

Email: Colin Wilborn* - cwilborn@umhb.edu

* Corresponding author

*from* 2009 International Society of Sports Nutrition Conference and Expo
New Orleans, LA, USA. 14–15 June 2009

Published: 31 July 2009

*Journal of the International Society of Sports Nutrition* 2009, **6**(Suppl 1):P12    doi:10.1186/1550-2783-6-S1-P12

This abstract is available from: http://www.jissn.com/content/6/S1/P12

© 2009 Poole et al; licensee BioMed Central Ltd.

## Background

TESTOSURGE is a novel, proprietary substance extracted from Fenugreek (Trigonella Foenun greacum) seeds and is patent pending by INDUS BIOTECH. The purpose of this study was to determine the effects of TESTOSURGE supplementation on strength, body composition and hormonal profiles.

## Methods

30 resistance trained males completed all phases of the study. Subjects were matched according to total body weight and randomly assigned in a double-blind manner to ingest either 500 mg of a placebo (N = 13, 21 ± 3 yrs, 180 ± 6.4 cm, 84 ± 15 kg, 18.3 ± 6.8 BF%) or TESTO-SURGE (N = 17, 21 ± 2.8 yrs, 178 ± 5.8 cm, 85 ± 9.6 kg, 18.8 ± 4.8 BF%) once per day for eight weeks. Subjects participated in a supervised, 4-day per week periodized resistance training program consisting of two upper extremity and two lower extremity workouts per week for a total of 8 weeks. At weeks 0, 4 and 8, hydrodensiometry body composition, 1 RM bench press and leg press, muscular endurance, anaerobic power and hormonal profiles were assessed. Statistical analyses utilized a two-way ANOVA with repeated measures for all criterion variables ($p \leq 0.05$). Data are presented as mean ± SD changes from baseline values.

## Results

Significant group × time interaction effects occurred over the eight week period for body fat percentage (TES: -1.77 ± 1.52%, PL: -0.55 ± 1.72%; p = 0.048), total testosterone (TES: 0.97 ± 2.67 ng/ml, PL: -2.10 ± 3.75 ng/ml; p = 0.018) and bioavailable testosterone (TES: 1.32 ± 3.45 ng/ml, PL: -1.69 ± 3.94 ng/ml; p = 0.049). A significant main effect for time ($p \leq 0.05$) was noted for bench press 1 RM, leg press 1 RM and lean body mass. No significant changes were detected among groups for Wingate peak or mean power, total body weight, free testosterone, dihydrotestosterone, estrogen, hemodynamic variables, or clinical safety data including lipid panel, liver function, kidney function, and/or CBC panel (p > 0.05).

## Conclusion

It is concluded that 500 mg of daily TESTOSURGE supplementation significantly impacted body fat percentage, total testosterone and bioavailable testosterone when compared to a placebo in a double-blind fashion. These changes were attained without any clinical side effects. We conclude that combined with a structured resistance train-

*Journal of the International Society of Sports Nutrition* 2009, **6**(Suppl 1):P12          http://www.jissn.com/content/6/S1/P12

ing program, TESTOSURGE can significantly improve body composition and increase the anabolic hormonal status in resistance trained males over an 8 week period.

## Acknowledgements
This study was sponsored by INDUS BIOTECH.

Publish with **BioMed Central** and every
scientist can read your work free of charge

*"BioMed Central will be the most significant development for
disseminating the results of biomedical research in our lifetime."*
Sir Paul Nurse, Cancer Research UK

Your research papers will be:

• available free of charge to the entire biomedical community
• peer reviewed and published immediately upon acceptance
• cited in PubMed and archived on PubMed Central
• yours — you keep the copyright

Submit your manuscript here:
http://www.biomedcentral.com/info/publishing_adv.asp



# EXHIBIT 9

Poole *et al. Journal of the International Society of Sports Nutrition* 2010, **7**:34
http://www.jissn.com/content/7/1/34



**RESEARCH ARTICLE** **Open Access**

# The effects of a commercially available botanical supplement on strength, body composition, power output, and hormonal profiles in resistance-trained males

Chris Poole[1], Brandon Bushey[1], Cliffa Foster[1], Bill Campbell[2], Darryn Willoughby[3], Richard Kreider[4], Lem Taylor[1], Colin Wilborn[1*]

## Abstract

**Background:** Fenugreek (*Trigonella foenum graecum*) is a leguminous, annual plant originating in India and North Africa. In recent years Fenugreek has been touted as an ergogenic aid. The purpose of this study was to evaluate the effects of Fenugreek supplementation on strength and body composition.

**Methods:** 49 Resistance trained men were matched according to body weight and randomly assigned to ingest in a double blind manner capsules containing 500 mg of a placebo (N = 23, 20 ± 1.9 years, 178 ± 6.3 cm, 85 ± 12.7 kg, 17 ± 5.6 %BF) or Fenugreek (N = 26, 21 ± 2.8 years, 178 ± 6 cm, 90 ± 18.2 kg, 19.3 ± 8.4 %BF). Subjects participated in a supervised 4 day per week periodized resistance training program split into two upper and two lower extremity workouts per week for a total of 8 weeks. At 0, 4, and 8 weeks, subjects underwent hydrodensiometery body composition, 1 RM strength, muscle endurance, and anaerobic capacity testing. Data were analyzed using repeated measures ANOVA and are presented as mean ± SD changes from baseline after 60 days.

**Results:** No significant differences (p > 0.05) between groups were noted for training volume. Significant group × time interaction effects were observed among groups in changes in body fat (FEN: 2.3 ± 1.4%BF; PL: 0.39 ± 1.6 % BF, p < 0.001), leg press 1 RM (FEN: 84.6 ± 36.2 kg; PL: 48 ± 29.5 kg, p < 0.001), and bench press 1 RM (FEN: 9.1 ± 6.9 kg; PL: 4.3 ± 5.6 kg, p = 0.01). No significant interactions was observed among groups for Wingate power analysis (p = 0.95) or muscular endurance on bench press (p = 0.87) or leg press (p = 0.61). In addition, there were no changes among groups in any clinical safety data including lipid panel, liver function, kidney function, and/or CBC panel (p > 0.05).

**Conclusion:** It is concluded that 500 mg of this proprietary Fenugreek extraction had a significant impact on both upper and lower body strength and body composition in comparison to placebo in a double blind controlled trial. These changes were obtained with no clinical side effects.

## Background

Fenugreek (*Trigonella foenum-graecum*) is a leguminous, annual plant originating in India and North Africa. It is an herbal product with many proposed health benefits found in the diets of various Middle Eastern countries

* Correspondence: cwilborn@umhb.edu
[1]Human Performance Lab, Department of Exercise and Sport Science, University of Mary Hardin Baylor. Belton, Texas, 76513, USA
Full list of author information is available at the end of the article

and is now cultivated worldwide. The leaves and seeds of fenugreek are formulated to an extract or powder form for therapeutic application.

Fenugreek has been studied extensively in human and animal models. The effects of fenugreek supplementation on the regulation of insulin and hyperglycemia are well established. Defatted fractions of fenugreek seeds, high in fiber content and containing steroid saponins, lowered blood glucose and plasma glucagon concentrations after



© 2010 Poole et al; licensee BioMed Central Ltd. This is an Open Access article distributed under the terms of the Creative Commons Attribution License (http://creativecommons.org/licenses/by/2.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

Poole et al. *Journal of the International Society of Sports Nutrition* 2010, **7**:34
http://www.jissn.com/content/7/1/34

eight days of consumption in dogs [1]. Other investigations utilizing human participants have implemented fenugreek supplementation (daily doses of 1 to 25 g/day) to diabetic patients eliciting positive glucose regulation responses [2,3]. Another study [4] examined the acute and chronic outcomes of a soluble dietary fiber (SDF) prepared from fenugreek seeds administered to type 1 and type 2 diabetic rats. After an oral glucose cocktail, SDF significantly offset blood glucose elevation in non-diabetic and diabetic (type 1 and 2) rats at 75 and 30 minutes post-consumption respectively. Following a 28 day SDF supplementation period, type 2 diabetic rats experienced a significant reduction (19%) in blood glucose levels, initiating a 1.5 fold increase in hepatic glycogen stores. Other formulations of fenugreek, such as the combination of several oils (including fenugreek oil), have shown to decrease circulating glucose and enhance insulin sensitivity in diabetic and hypertensive rats [5]. The glucose transporting mechanisms observed in these studies are mediated though an insulin-signaling pathway [6]. Fenugreek seed extract acts in a similar fashion to that of insulin by promoting glucose uptake into cells through a dose-dependent manner [6]. Additional evidence has shown that fenugreek seeds aid in the release of insulin from pancreatic beta cells [7], thus allowing blood glucose levels to reduce by the transport and entrance of glucose into muscle cells.

Fenugreek has shown to be a useful remedy in combating abnormal cholesterol profiles in hyperlipidemic populations. A daily dose of fenugreek seed administered to rats (100 or 500 mg/kg) for eight weeks lowered LDL, VLDL triglyceride and total cholesterol and increased HDL when compared to a control group [8]. Fasting cholesterol and triglyceride levels were similar across groups when fed either a high-cholesterol diet with fenugreek extract or a standard diet [9], and postprandial triglyceride levels were higher in rats on the standard diet [9] concluding that fenugreek reduces triglyceride levels in fasting and post-prandial states.

There is also evidence linking fenugreek to reduced hepatic cholesterol levels and elevated hepatic triglyceride lipase (HTGL) activity [10], the enzyme accountable for catabolizing chylomicrons and VLDL's to smaller remnant particles [11]. Mitigation of hepatic steatosis by reducing triglyceride accumulation in the liver [12] and prevention of ethanol-induced toxicity and apoptosis in liver cells [13] are other recent discoveries attributable to fenugreek. An aqueous herbal extract containing fenugreek lowered alanine aminotransferase (ALT), aspartate aminotransferase (AST), and glucose values, signifying a reduction in inflammation and a feasible protective agent against alloxan-induced oxidative stress and diabetes [14].

Animal studies have demonstrated that Fenugreek possesses ergogenic as well as anabolic properties. One inquiry reported that fenugreek (300 mg/kg) increased swimming time to exhaustion in rats after four weeks of supplementation [15], perhaps due to increased utilization of fatty acids during exercise. A trial performed on male rats found that after four weeks, Galactomannan supplementation (isolated from fenugreek seeds) was as effective in increasing weight of the levator ani muscle to that of testosterone treatment [16]. Likewise, a compound containing the steroidal sapogenin diosgenin, which is found in Fenugreek seeds, augmented overall weight and muscle growth in rats when compared to control subjects [17]. The anabolic properties of fenugreek observed in the mentioned animal studies have yet to be determined in humans. There is no research to date that has investigated the effects of fenugreek in humans on strength, anaerobic exercise performance, or hormonal changes in humans. Therefore, the purpose of this study was to determine the effects of a commercially available supplement containing *Trigonella foenum-graecum* on strength, body composition, power output, and hormonal profiles in resistance-trained males over the course of a structured resistance training program.

## Methods

### Experimental Approach to the Problem

The study was conducted as a double-blind, placebo controlled trial using parallel groups matched according to total body weight. The independent variable was the nutritional supplement *Trigonella foenum-graecum.* Dependent variables included: estimated dietary energy intake; body composition; upper and lower body 1-RM strength, muscle endurance (80% of 1RM), anaerobic sprint power, and fasting clinical blood profiles (substrates, electrolytes, muscle and liver enzymes, red cells, white cells) and anabolic/catabolic hormones (free testosterone, cortisol, DHT, and estradiol) and metabolic hormones (insulin and leptin).

### Subjects

Forty nine resistance-trained (> 1 year) male subjects (Placebo: N = 23, 20 ± 1.9 years, 178 ± 6.3 cm, 85 ± 12.7 kg, 17 ± 5.6 %BF; Fenugreek: N = 26, 21 ± 2.8 years, 178 ± 6 cm, 90 ± 18.2 kg, 19.3 ± 8.4 %BF) participated in this study. Subjects were not allowed to participate in this study if they had any metabolic disorder including known electrolyte abnormalities; heart disease, arrhythmias, diabetes, thyroid disease, or hypogonadism; a history of hypertension, hepatorenal, musculoskeletal, autoimmune, or neurologic disease; if they were taking thyroid, hyperlipidemic, hypoglycemic, anti-hypertensive, or androgenic medications; and, if they had taken ergogenic levels of

Poole et al. Journal of the International Society of Sports Nutrition 2010, **7**:34
http://www.jissn.com/content/7/1/34

nutritional supplements that may affect muscle mass (e.g., creatine, HMB) or anabolic/catabolic hormone levels (androstenedione, DHEA, etc) within six months prior to the start of the study (table 1).

Subjects were asked to maintain their normal dietary intake for the duration of the study and to refrain from ingesting any dietary supplement that contained potential ergogenic benefits. Subjects meeting eligibility criteria were informed of the requirements of the study and signed informed consent statements in compliance with the Human Subjects Guidelines of the University of Mary Hardin-Baylor and the American College of Sports Medicine.

### Entry and Familiarization Session

Subjects believed to meet eligibility criteria were then invited to attend an entry/familiarization session. During this session, subjects signed informed consent statements and completed personal and medical histories. Subjects meeting entry criteria were familiarized to the study protocol via a verbal and written explanation outlining the study design. This included describing the training program, familiarizing the subjects to the tests to be performed, and practicing the bench press, leg press, and Wingate.

### Testing Sessions

Following the familiarization/practice session, the subjects recorded all food and fluid intake on dietary record forms on four consecutive days preceding each experimental testing session in order to standardize nutritional intake. Dietary intake was assessed using the Food Processor Nutrition Software (ESHA, Salem, OR). Subjects were instructed to refrain from exercise for 48 hours and fast for 12-hours prior to baseline testing (T1). Subjects then reported to the Human Performance Lab for body composition and clinical assessments. Once reported to the lab, height was measured using standard anthropometry and total body weight was measured using a calibrated electronic scale (Health-o-meter®, Electromed Corp, Flint, MI) with a precision of +/-0.02 kg. Heart rate was determined by POLAR® (Finland) heart rate monitor. Blood pressure was assessed in the

supine position after resting for 5-min using a mercurial sphygmomanometer via standard procedures.

Subjects then had body composition determined using hydrodensitometry using standard procedures. Subjects reported to the Human Performance Lab in swimsuits and had their body weight determined out of water by an electronic scale. Body composition was analyzed using an EXERTECH (La Cresent, MN) body density measuring system that utilizes a weighing platform with electronic (load cell) weighing system connected to a PC. Calibration is conducted daily by establishing linear interpolation from 2 known weights. Data points were recorded with data acquisition software from the force transducer. Residual volume was estimated using standard procedures [18]. Subjects were submerged in warm water and asked to exhale a maximal amount of air while a signal from the force transducer produced a readable analog wave. The most stable waveform was selected, and the mean value was recorded. Subjects performed this procedure until at least 2 trials were within a 0.10% difference or a total of 7 trials were completed. Next, body density was calculated after weight was recorded in and out of water, and the Siri equation was used to calculate percentage of body fat [19]. Fat-free mass (FFM) was also calculated from the percentage of body fat [20].

Subjects then donated approximately 20 ml of fasting blood using venipuncture techniques of an antecubital vein in the forearm according to standard procedures. Blood samples were shipped to Quest Diagnostics (Dallas, TX) to run clinical chemistry profile, hepatic function, and whole blood cell counts. Blood samples were also centrifuged and aliquoted to microcentrifuge tubes and stored at -40°C for future analyses. Serum samples were then assayed in duplicate for the hormones free testosterone, Insulin, leptin, cortisol (Diagnostics Systems Laboratories, Webster, TX), and dihydrotestosterone (DHT), estradiol (Alpco Diagnostics, Windham, NH), using enzyme-linked immunoabsorbent assays (ELISA) and enzyme-immunoabsorbent assays (EIA) using a Wallac Victor-1420 microplate reader (Perkin-Elmer Life Sciences, Boston, MA), and the assays were performed at a wavelength or either 450 or 405 nm, respectively in the Exercise and Biochemical Nutrition Lab at Baylor University.

Subjects then performed 1 repetition maximum lifts (1-RM) on the isotonic bench press and leg press to assess strength and then muscular endurance. All strength/exercise tests were supervised by lab assistants experienced in conducting strength/anaerobic exercise tests using standard procedures. Subjects warmed-up (2 sets of 8 - 10 repetitions at approximately 50% of anticipated maximum) on the bench press. Subjects then performed successive 1-RM lifts starting at about 70% of

**Table 1 Baseline characteristics of participants**

| Variable | Group: FEN | Group: PLA |
|---|---|---|
| Age | 21.4 ± 2.8 yr | 20.5 ± 1.9 yr |
| Height | 178.1 ± 6.0 cm | 178.5 ± 6.5 cm |
| Weight | 90.2 ± 18.2 kg | 85.7 ± 12.7 kg |
| Body Fat % | 19.4 ± 8.4% | 16.3 ± 4.8% |

Abbreviations: FEN = fenugreek supplement group, PLA = placebo group
No significant differences (p > 0.05) between groups were observed.

Poole et al. Journal of the International Society of Sports Nutrition 2010, 7:34
http://www.jissn.com/content/7/1/34

anticipated 1-RM and increased by 5 - 10 lbs until the reaching a 1-RM. Subjects then rested for 10 minutes and warmed-up on the 45° leg press (2 sets of 8 - 10 repetitions at approximately 50% of anticipated maximum). Subjects then performed successive 1-RM lifts on the leg press starting at about 70% of anticipated 1-RM and increased by 10 - 25 lbs until reaching a 1-RM. Both 1-RM protocols were followed as outlined by the National Strength and Conditioning Association [21].

Following the strength assessments and 15 minutes of rest, subjects then perform a 30-second Wingate anaerobic capacity test using a Lode computerized cycle ergometer (*Groningen, Netherlands*). Cycle ergometer measurements (seat height, seat position, handle bar height, and handle bar position) were recorded and kept identical for each subject across testing sessions to ensure test to test reliability. Before leaving the lab, subjects were randomly assigned to a supplement group based on their body weight and given a training regimen. Subjects repeated all testing after 4 (T2) and 8 (T3) weeks of training and supplementation.

### Supplementation Protocol
Subjects were matched into one of two groups according to total body weight. Subjects were then randomly assigned to ingest in a double blind manner capsules containing 500 mg of a placebo (PL) or Fenugreek (Torabolic (tm) *Trigonella Foenum-Graecum)* (standardized for 70% TRIGIMANNOSE) (FEN) (Indus Biotech, India). The dosages investigated represent the current recommended dosages sold in nutritional supplements. Subjects ingested the assigned capsules once per day in the morning on non-training days and prior to their workout on training days for 8-weeks. The supplements were prepared in capsule form and packaged in generic bottles for double blind administration by Indus Biotech. Supplementation compliance was monitored by research assistants by watching them take the supplements prior to supervised workouts and by having the subjects return empty bottles of the supplement at the end of 4 and 8 weeks of supplementation. Subjects reported to a research assistant on a weekly basis throughout the study to answer a questionnaire regarding side effects and health status.

### Training Protocol
Subjects participated in a periodized 4-day per week resistance-training program, split into two upper and two lower extremity workouts per week, for a total of 8-weeks. This training regimen has shown to increase strength and lean body mass without additive dietary or supplementary interventions [22]. The subjects performed an upper body resistance-training program consisting of nine exercises (bench press, lat pull, shoulder press, seated rows, shoulder shrugs, chest flies, biceps curl, triceps press down, and abdominal curls) twice per week and a seven exercise lower extremity program (leg press, back extension, step ups, leg curls, leg extension, heel raises, and abdominal crunches) performed twice per week. Subjects performed 3 sets of 10 repetitions with as much weight as they can lift per set during weeks 1 thru 4 and performed 3 sets of 8 repetitions during weeks 5 thru 8, also with as much weight that could be lifted per set (typically 75-80% of 1RM). Rest periods between exercises lasted no longer than 3 minutes and rest between sets lasted no longer than 2 minutes. Training was conducted at the Mayborn Campus Center (MCC) at the University of Mary Hardin-Baylor under the supervision of trained research assistants, documented in training logs, and signed off to verify compliance and monitor progress. This training program has been shown to be a sufficient stimulus at inducing positive change in body composition and strength [22].

### Statistical Analysis
Separate 2×3 (treatment × time) repeated measure ANOVAs were used to assess all data. In circumstances where sphericity within groups could not be assumed due to large within group variances, the Hunyhs-Feldt epsilon correction factor was used to adjust within group F-ratios. For all significant group × time interactions and main effects, additional pair-wise comparisons were used to assess which time points yielded statistical significance between and within groups. Significance for all statistical analyses was determined using an alpha level of 0.05, and all data are presented as means ± standard deviations. All statistical procedures were analyzed using SPSS (Statistical Package for Social Science) version 16.0.

### Results
#### Medical Monitoring, Dietary Analysis, and Training Volume
No subjects experienced any major clinical side effects related or unrelated to the study. However, several participants experienced gastrointestinal discomfort and/or mild stomach aches. All subjects completed the training protocol without any complications. Table 2 outlines all nutritional analyses data. No significant differences between groups (p > 0.05) were detected for total daily caloric intake, individual macronutrient intake, or training volume.

#### Hematological Variables
There were no significant group × time interactions or main effects (p > 0.05) for red blood cell count, white blood cell count, triglycerides, cholesterol variables, liver enzymes or proteins, markers of kidney function or muscle damage.

Poole et al. *Journal of the International Society of Sports Nutrition* 2010, 7:34
http://www.jissn.com/content/7/1/34

Page 5 of 9

**Table 2 Nutritional intake changes from baseline (T1) through week 8 (T3)**

| Variable | Group | Baseline (T1) | Week 4 (T2) | Week 8 (T3) | Between Group |
|---|---|---|---|---|---|
| **Total Calories** | FEN | 2213 ± 926 | 2350 ± 799 | 2228 ± 986 | G = 0.375 |
| | PLA | 2416 ± 916 | 2428 ± 850 | 3033 ± 1071 | T = 0.323 |
| | | | | | G × T = 0.214 |
| **Carbohydrate (grams)** | FEN | 266 ± 163 | 280 ± 111 | 262 ± 142 | G = 0.937 |
| | PLA | 246 ± 110 | 245 ± 105 | 329 ± 176 | T = 0.448 |
| | | | | | G × T = 0.268 |
| **Fat (grams)** | FEN | 78 ± 40 | 82 ± 44 | 84 ± 55 | G = 0.295 |
| | PLA | 91 ± 34 | 96 ± 41 | 118 ± 38 | T = 0.277 |
| | | | | | G × T = 0.505 |
| **Protein (grams)** | FEN | 116 ± 61 | 125 ± 57 | 105 ± 60 | G = 0.772 |
| | PLA | 120 ± 50 | 116 ± 32 | 133 ± 41 | T = 0.964 |
| | | | | | G × T = 0.134 |

Abbreviations: FEN = fenugreek supplement group, PLA = placebo group.

**Body Composition**

All body composition data are presented in table 3. Baseline total body weight was not significantly different (p = 0.326) between FEN and PL groups. There were no total body weight changes over the 8 week time course of the study between or within groups (p > 0.05). A significant main effect for time (p = 0.004) for lean body mass was observed, and further pair-wise comparisons revealed a significant increase in lean body mass for FEN at week 4 (p < 0.001) and week 8 (p < 0.001) compared with baseline. No such changes were seen in the PLA group (p > 0.005). A significant interaction effect (p < 0.001) and main effect for time (p < 0.001) occurred between groups for body fat percentage. Additional pair-wise comparisons displayed significant improvements in body fat percentage at week 4 (p < 0.001) and week 8 (p < 0.001) in FEN compared to baseline, while no such changes were noticed in PLA (p > 0.005).

**Training Adaptations**

Table 4 exhibits all training adaptation data. A significant group × time interaction (p = 0.008) and main effect for time (p < 0.001) was observed between FEN and PLA groups for bench press 1-RM, however pair-wise comparisons revealed no significant differences between FEN and PLA bench press 1-RM's at any time point. Pair-wise comparisons also showed significant increases in bench press 1-RM at week 4 (p < 0.001) and week 8 (p < 0.001) in comparison with baseline and from week 4 to week 8 (p = 0.002) in FEN. PLA experienced significant increases in bench press 1-RM at week 4 (p = 0.008) and week 8 (p = 0.004) when compared to baseline. A significant group × time interaction (p < 0.001) and main effect for time (p < 0.001) was observed between FEN and PLA groups for leg press 1-RM, as further pair-wise comparisons indicated a significant difference in FEN compared to PLA at week 8 (p = 0.019). Pair-wise comparisons also revealed significant increases in leg press 1-RM at week 4 (FEN: p < 0.001, PLA: p < 0.001) and week 8 (FEN: p < 0.001, PLA: p < 0.001) in comparison with baseline. No significant interactions or main effects (p > 0.005) were noted for muscular endurance repetitions on the bench press or leg press. A significant main effect for time (p = 0.002) was observed for wingate peak power, and further pair-wise comparison showed a significant increase in peak power for FEN at week 8 (p = 0.008). A significant

**Table 3 Body composition changes within and between groups**

| Variable | Group | Baseline (T1) | Week 4 (T2) | Week 8 (T3) | Between Group |
|---|---|---|---|---|---|
| **Body Weight** | FEN | 90.2 ± 18.2 | 89.9 ± 18.2 | 90.4 ± 17.7 | G = 0.305 |
| **(kg)** | PLA | 85.7 ± 12.7 | 85.0 ± 13.9 | 85.8 ± 12.4 | T = 0.244 |
| | | | | | G × T = 0.803 |
| **Lean Mass** | FEN | 157.7 ± 23.9 | 160.2 ± 23.8‡ | 162.6 ± 22.9‡ | G = 0.640 |
| **(kg)** | PLA | 157.2 ± 19.5 | 156.4 ± 22.4 | 158.2 ± 19.5 | T = 0.004† |
| | | | | | G × T = 0.057 |
| **Body Fat %** | FEN | 19.4 ± 8.4 | 17.8 ± 8.4 ‡ | 17.1 ± 8.6 ‡ | G = 0.298 |
| | PLA | 16.3 ± 4.8 | 16.0 ± 4.8 | 15.9 ± 4.5 | T < 0.001† |
| | | | | | G × T < 0.001† |

Abbreviations: FEN = fenugreek supplement group, PLA = placebo group.
Symbols: † = Significant between group difference (p < 0.05), ‡ = Within group difference from baseline (T1), p < 0.05.

Poole et al. Journal of the International Society of Sports Nutrition 2010, 7:34
http://www.jissn.com/content/7/1/34

**Table 4 Training adaptations within/between groups from baseline (T1) through week 8 (T3)**

| Variable | Group | Baseline (T1) | Week 4 (T2) | Week 8 (T3) | Between Group |
|---|---|---|---|---|---|
| Bench Press | FEN | 105 ± 26 | 111 ± 27‡ | 114 ± 27‡ | G = 0.891 |
| 1RM (kg) | PLA | 107 ± 22 | 109 ± 22‡ | 111 ± 22‡ | T < 0.001† |
| | | | | | G × T = 0.008† |
| Leg Press | FEN | 334 ± 74 | 384 ± 79‡ | 419 ± 87†‡ | G = 0.077 |
| 1RM (kg) | PLA | 316 ± 63 | 344 ± 66‡ | 364 ± 68‡ | T < 0.001† |
| | | | | | G × T < 0.001† |
| Bench Press | FEN | 7.9 ± 1.9 | 7.6 ± 1.9 | 8.2 ± 1.8 | G = 0.091 |
| 80% to failure | PLA | 7.3 ± 1.5 | 7.0 ± 1.5 | 7.5 ± 1.7 | T = 0.154 |
| | | | | | G × T = 0.984 |
| Leg Press | FEN | 12.2 ± 4.1 | 11.8 ± 3.8 | 10.8 ± 4.4 | G = 0.836 |
| 80% to failure | PLA | 12.0 ± 2.5 | 12.1 ± 2.8 | 11.3 ± 2.9 | T = 0.168 |
| | | | | | G × T = 0.821 |
| Peak Power | FEN | 1141 ± 222 | 1161 ± 198 | 1183 ± 200‡ | G = 0.428 |
| (watts) | PLA | 1091 ± 215 | 1115 ± 231 | 1132 ± 237 | T = 0.002† |
| | | | | | G × T = 0.974 |
| Mean Power | FEN | 628 ± 96 | 640 ± 107 | 643 ± 103 | G = 0.363 |
| (watts) | PLA | 616 ± 90 | 609 ± 95 | 611 ± 85 | T = 0.507 |
| | | | | | G × T = 0.036† |

Abbreviations: FEN = fenugreek supplement group, PLA = placebo group.
Symbols: † = Significant between group difference (p < 0.05), ‡ = Within group difference from baseline (T1), p < 0.05, = Within group difference from week 4 (T2).

interaction was detected for wingate mean power between FEN and PLA, but additional pair-wise comparison were unable to confirm any between or within group changes (p > 0.05).

### Hormones

Hormonal data are presented in table 5. A significant group × time interaction effect over the eight week study period was detected for DHT concentrations, although pair-wise comparisons showed no between or within group changes (p > 0.05). A significant main effect for time was observed for leptin, however pair-wise comparisons displayed no within group changes over time for FEN or PLA. A significant main effect for group was noticed for free testosterone, as further pair-wise analyses revealed significant differences between FEN and PLA at week 4 (p = 0.018) and week 8 (p = 0.027). No significant between or within group changes occurred for any other serum hormone variables (p > 0.05).

### Discussion

The major findings of this study suggest that ingesting 500 mg of a commercially available botanical extract once per day for eight weeks in conjunction with a structured resistance training program can significantly impact body composition and strength in resistance trained males when compared to a placebo.

It is well documented that a controlled resistance training program can positively influence body composition across multiple populations [23-28]. The PLA group decreased body fat percentage over the 8 week period void of any experimental treatment however, this reduction was not found to be statistically significant. In contrast, the FEN group experienced a significant reduction in body fat percentage losing 2.34% compared to only 0.39% in the PL group. This change in body fat percentage is likely related to the significant increase in lean body mass observed exclusively in the FEN group. Together, these findings imply that supplementing with 500 mg of the commercially available supplement combined with resistance training can alter body composition to a greater extent than resistance training alone for 8 weeks. Woodgate and Conquer [29] investigated the effects of consuming a daily stimulant-free supplement containing glucomannan, chitosan, fenugreek, G sylvestre, and vitamin C in obese adults (age 20-50, BMI ≥ 30) while maintaining their normal dietary and exercise practices for six weeks. The experimental group significantly reduced their body fat percentage (-1.1% vs. 0.2%; p < 0.05) and absolute fat mass (-2.0 kg vs. 0.2 kg; p < 0.001) when compared with the placebo group. These results convey that the experimental proprietary blend significantly affected body composition more so than a placebo. The role that fenugreek alone played in altering body composition cannot be speculated, but in conjunction with glucomannan, chitosan, G sylvestre, and vitamin C, fenugreek did assist in the reported changes. Together, the present study and the findings of Woodgate and Conquer [29] demonstrate that fenugreek supplementation has the potential to improve body

Poole et al. Journal of the International Society of Sports Nutrition 2010, 7:34
http://www.jissn.com/content/7/1/34

**Table 5 Within and between group hormonal changes from baseline (T1) through week 8 (T3)**

| Variable | Group | Baseline (T1) | Week 4 (T2) | Week 8 (T3) | Between Group |
|---|---|---|---|---|---|
| Estrogen | FEN | 102 ± 67 | 107 ± 55 | 109 ± 60 | G = 0.196 |
| (pg/ml) | PLA | 83 ± 32 | 83 ± 31 | 91 ± 32 | T = 0.173 |
| | | | | | G × T = 0.563 |
| Cortisol | FEN | 75 ± 23 | 77 ± 27 | 74 ± 28 | G = 0.805 |
| (mg/dl) | PLA | 88 ± 80 | 60 ± 21 | 85 ± 85 | T = 0.418 |
| | | | | | G × T = 0.324 |
| Insulin | FEN | 15 ± 8 | 13 ± 6 | 15 ± 8 | G = 0.299 |
| (uIU/mL) | PLA | 15 ± 10 | 17 ± 10 | 16 ± 9 | T = 0.962 |
| | | | | | G × T = 0.060 |
| Leptin | FEN | 15 ± 14 | 13 ± 14 | 19 ± 16 | G = 0.974 |
| (uIU/mL) | PLA | 14 ± 11 | 16 ± 12 | 17 ± 12 | T = 0.044† |
| | | | | | G × T = 0.351 |
| Free | FEN | 40 ± 33 | 33 ± 22 | 36 ± 22 | G = 0.020† |
| Testosterone | PLA | 57 ± 47 | 66 ± 53† | 67 ± 54† | T = 0.829 |
| (ng/ml) | | | | | G × T = 0.318 |
| DHT (pg/ml) | FEN | 1263 ± 496 | 1152 ± 466 | 1144 ± 447 | G = 0.921 |
| | PLA | 1187 ± 482 | 1156 ± 448 | 1258 ± 493 | T = 0.134 |
| | | | | | G × T = 0.033† |

Abbreviations: FEN = fenugreek supplement group, PLA = placebo group.
Symbols: † = Significant between group difference (p < 0.05).

composition, specifically body fat percentage, over a chronic time period, although the mechanism of action has not been elucidated.

Strength increases resulting from a resistance training regimen are well established [24,30-35]. Initial strength changes occurring in untrained populations are attributable to neural adaptations [36,37], while individuals that have neurally adapted can experience hypertrophic changes that occur in a matter of weeks to months after the onset of resistance training [38]. In the present study, we employed an eight week, linear resistance training program that has established itself as an efficient stimulus for increasing muscular strength and lean muscle mass (hypertrophy) [22]. Over the course of eight weeks, the PL group significantly increased bench press (4.22%) and leg press (15.26%) 1-RM strength, indicating the resistance training program alone augmented upper- and lower-body maximal strength. The FEN group experienced a 9.19% increase in bench press 1-RM, but this increase was not influenced by the experimental treatment. In spite of this, the FEN group experienced an increases in bench press 1-RM from T1 to T2 and T2 to T3, while PLA only increased from T1 to T2. Based on this finding, it is possible that fenugreek can positively affect performance measures, such as those analyzed in the present study, over longer periods of time (8+ weeks). This hypothesis is also applicable to our Wingate peak power findings, as the FEN group underwent a significant increase from baseline at week 8. Significant differences

were observed between FEN and PL groups at T3 for leg press 1-RM, as FEN underwent a 25.29% increase. No significant changes were observed for bench press or leg press muscular endurance tests or Wingate mean power. To our knowledge, there have been no investigations examining the effects of a dietary supplement containing fenugreek on muscular strength. However, one particular inquiry [39] evaluated the effects of two different dosings (10 mg/kg or 35 mg/kg) of galactomannan treatment, in comparison to testosterone treatment (10 mg/kg), on levator ani muscle weight in male castrated rats. At the end of six weeks, 35 mg/kg of galactomannan was as effective as the testosterone treatment at increasing the levator ani muscle and overall body weight in rats. An increase in a muscle's weight is reflective of muscle hypertrophy or an increase in the cross sectional area of muscle fibers. There is a direct relationship between a muscle's cross sectional area and overall strength of that particular muscle [40]. Therefore, if the levator ani muscle increased in cross sectional area, the possibility exists that a strength increase accompanied this adaptation, even though there were no strength measurements assessed in this study. The results from the present study suggest that 500 mg of a commercially available supplement can increase overall body strength during an 8 week period, or potentially over a more chronic time frame, in resistance trained males, and there is a possibility that a high dosage of a treatment (galactomannan) can increase muscle strength via muscle hypertrophy in

Poole et al. Journal of the International Society of Sports Nutrition 2010, 7:34
http://www.jissn.com/content/7/1/34

Page 8 of 9

rat models, even though no direct evidence subsists to support this claim.

Fenugreek supplementation is surrounded by assertions of having anabolic potential, even though there is no scientific data supporting this notion. In the present study we examined serum hormone variables that included free testosterone, DHT, estradiol, insulin, cortisol, and leptin over an eight week period. Of the above listed, no between or within group differences were observed for any of the measured hormone variables, except for free testosterone. Although a between group difference was noted for free testosterone at T2 and T3, it has limited relevance due to the fact that it did not significantly change over time. The investigation by Aswar and colleagues (2008) found no significant changes in serum testosterone levels in rats when treated with either a 10 mg/kg or 35 mg/kg dosage of galactomannan. This evidence coincides with our finding, which implies that the commercially available supplement lacks the potential for altering hormone values in combination with a resistance training regimen. Therefore, it is assumed that daily consumption of the 500 mg commercially available supplement in conjunction with a resistance training program has no anabolic effect on the hormonal status of resistance trained males.

## Conclusions

Based on the results of the study, we conclude that daily supplementation of 500 mg of the commercially available fenugreek supplement (Torabolic(tm)) in conjunction with an eight week, structured resistance training program can significantly increase upper- and lower-body strength, reduce body fat percentage, and thus improve overall body composition when compared to a placebo group under identical experimental protocols. The mechanisms responsible for these changes are not clearly understood due to the limited amount of research regarding fenugreek's potential for influencing anaerobic exercise performance and hormonal changes in animal as well as human populations. The commercially available supplement non-significantly impacted muscular endurance, hormonal concentrations and hematological variables. Future research might investigate different extractions and dosages of fenugreek on trained populations to determine if anabolic hormones can be altered and to ascertain if further strength and power output adaptations are possible that could ultimately enhance exercise performance.

### Acknowledgements
This work was funded by Indus Biotech. We thank all participants and staff of the HPL for their contributions to this work.

### Author details
[1]Human Performance Lab, Department of Exercise and Sport Science, University of Mary Hardin Baylor. Belton, Texas, 76513, USA. [2]Exercise and Performance Nutrition Lab, School of Physical Education and Exercise Science, The University of South Florida, USA. [3]Exercise and Biochemical Nutrition Laboratory, Department of Health, Human Performance & Recreation; Baylor University, Waco, TX 76798, USA. [4]Exercise and Sport Nutrition Laboratory, Department of Health and Kinesiology, Texas A&M University, College Station, TX 78743, USA.

### Authors' contributions
CW is the principal investigator. CP & BB assisted in data collection and coordinated the study. CP, CW, & LT analyzed data & wrote the manuscript. RK assisted in the grant preparation and securing grant funding. DW & LT analyzed blood variables. BC, LT, & CF consulted on study design, manuscript review and preparation. All authors have read and approved the final manuscript.

### Competing interests
The authors declare that they have no competing interests.

Received: 31 August 2010  Accepted: 27 October 2010
Published: 27 October 2010

### References
1. Valette G, Sauvaire Y, Baccou JC, Ribes G: **Hypocholesterolaemic effect of fenugreek seeds in dogs.** *Atherosclerosis* 1984, **50**:105 111.
2. Gupta A, Gupta R, Lal B: **Effect of Trigonella foenum graecum (fenugreek) seeds on glycaemic control and insulin resistance in type 2 diabetes mellitus: a double blind placebo controlled study.** *J Assoc Physicians India* 2001, **49**:1057 1061.
3. Raghuram TC, Sharma RD, Sivakumar B: **Effect of fenugreek seeds on intravenous glucose disposition in non insulin dependent diabetic patients.** *Phytother Res* 1994, **8**:83 86.
4. Hannan JM, Ali L, Rokeya B, Khaleque J, Akhter M, Flatt PR, Abdel Wahab YH: **Soluble dietary fibre fraction of Trigonella foenum graecum (fenugreek) seed improves glucose homeostasis in animal models of type 1 and type 2 diabetes by delaying carbohydrate digestion and absorption, and enhancing insulin action.** *Br J Nutr* 2007, **97**:514 521.
5. Talpur N, Echard B, Ingram C, Bagchi D, Preuss H: **Effects of a novel formulation of essential oils on glucose insulin metabolism in diabetic and hypertensive rats: a pilot study.** *Diabetes Obes Metab* 2005, **7**:193 199.
6. Vijayakumar MV, Singh S, Chhipa RR, Bhat MK: **The hypoglycaemic activity of fenugreek seed extract is mediated through the stimulation of an insulin signalling pathway.** *Br J Pharmacol* 2005, **146**:41 48.
7. Ajabnoor MA, Tilmisany AK: **Effect of Trigonella foenum graecum on blood glucose levels in normal and alloxan diabetic mice.** *J Ethnopharmacol* 1988, **22**:45 49.
8. Pipelzadeth MH, Dezfulian A, Koochek MH, Moradi M: **Comparison between fenugreek and lovastatin in restoration of endothelial function in an experimental old rat model.** *Acta Medica Iranica* 2003, **41**:84 90.
9. Stark A, Madar Z: **The effect of an ethanol extract derived from fenugreek (Trigonella foenum graecum) on bile acid absorption and cholesterol levels in rats.** *Br J Nutr* 1993, **69**:277 287.
10. Venkatesan N, Devaraj SN, Devaraj H: **Increased binding of LDL and VLDL to apo B, E receptors of hepatic plasma membrane of rats treated with Fibernat.** *Eur J Nutr* 2003, **42**:262 271.
11. Olivecrona G, Olivecrona T: **Triglyceride lipases and atherosclerosis.** *Curr Opin Lipidol* 1995, **6**:291 305.
12. Raju J, Bird RP: **Alleviation of hepatic steatosis accompanied by modulation of plasma and liver TNF alpha levels by Trigonella foenum graecum (fenugreek) seeds in Zucker obese (fa/fa) rats.** *Int J Obes (Lond)* 2006, **30**:1298 1307.
13. Kaviarasan S, Ramamurty N, Gunasekaran P, Varalakshmi E, Anuradha CV: **Fenugreek (Trigonella foenum graecum) seed extract prevents ethanol induced toxicity and apoptosis in Chang liver cells.** *Alcohol Alcohol* 2006, **41**:267 273.
14. Al Wabel NA, Mousa HM, Omer OH, Abdel Salam AM: **Biological evaluation of aqueous herbal extracts and stirred yoghurt filtrate mixture against alloxan induced oxidative stress and diabetes in rats.** *International journal of pharmacology* 2008, **4**:135 139.

15. Ikeuchi M, Yamaguchi K, Koyama T, Sono Y, Yazawa K: Effects of fenugreek seeds (Trigonella foenum greaecum) extract on endurance capacity in mice. *J Nutr Sci Vitaminol* 2006, 52:287 292.
16. Urmila Aswar VM, Bhaskaran S, Bodhankar LS: Study of Galactomannan on Androgenic and Anabolic Activity in Male Rats. *Pharmacology Online* 2008, 56 65.
17. Syrov VN, Kurmukov AG: [Experimental study of the anabolic activity of 6 ketoderivatives of certain natural sapogenins]. *Farmakol Toksikol* 1976, 39:631 635.
18. Quanjer PH: Standardized lung function testing. Report of working party on standardization of lung function tests of the European Community for Coal and Steel. *Bull Eur Physiopathol Respir* 1983, 19:1 94.
19. Siri WE: Body composition from fluid spaces and density: analysis of methods. 1961. *Nutrition* 1993, 9:480 491, discussion 480, 492.
20. Siri WE: Body Volume Measured by Gas Dilution. Washington, D.C.: National Academy Press 1961.
21. Baechle TR, Earle RW, (Ed.): Essentials of Strength Training and Conditioning. Human Kinetics, 3 2008.
22. Kerksick CM, Wilborn CD, Campbell BI, Roberts MD, Rasmussen CJ, Greenwood M, Kreider RB: Early phase adaptations to a split body, linear periodization resistance training program in college aged and middle aged men. *J Strength Cond Res* 2009, 23:962 971.
23. Broeder CE, Burrhus KA, Svanevik LS, Volpe J, Wilmore JH: Assessing body composition before and after resistance or endurance training. *Med Sci Sports Exerc* 1997, 29:705 712.
24. Brown CH, Wilmore JH: The effects of maximal resistance training on the strength and body composition of women athletes. *Med Sci Sports* 1974, 6:174 177.
25. Joseph LJ, Davey SL, Evans WJ, Campbell WW: Differential effect of resistance training on the body composition and lipoprotein lipid profile in older men and women. *Metabolism* 1999, 48:1474 1480.
26. Kemmler WK, Lauber D, Engelke K, Weineck J: Effects of single vs. multiple set resistance training on maximum strength and body composition in trained postmenopausal women. *J Strength Cond Res* 2004, 18:689 694.
27. Mayhew JL, Gross Gross PM: Body composition changes in young women with high resistance weight training. *Res Q* 1974, 45:433 440.
28. Nichols JF, Omizo DK, Peterson KK, Nelson KP: Efficacy of heavy resistance training for active women over sixty: muscular strength, body composition, and program adherence. *J Am Geriatr Soc* 1993, 41:205 210.
29. Woodgate DE, Conquer JA: Effects of a Stimulant Free Dietary Supplement on Body Weight and Fat Loss in Obese Adults: A Six Week Exploratory Study. *Current Therapeutic Research* 2003, 64:248 262.
30. Anderson T, Kearney JT: Effects of three resistance training programs on muscular strength and absolute and relative endurance. *Res Q Exerc Sport* 1982, 53:1 7.
31. Chilibeck PD, Calder AW, Sale DG, Webber CE: A comparison of strength and muscle mass increases during resistance training in young women. *Eur J Appl Physiol Occup Physiol* 1998, 77:170 175.
32. Faigenbaum AD, Westcott WL, Loud RL, Long C: The effects of different resistance training protocols on muscular strength and endurance development in children. *Pediatrics* 1999, 104:e5.
33. Hagerman FC, Walsh SJ, Staron RS, Hikida RS, Gilders RM, Murray TF, Toma K, Ragg KE: Effects of high intensity resistance training on untrained older men. I. Strength, cardiovascular, and metabolic responses. *J Gerontol A Biol Sci Med Sci* 2000, 55:B336 346.
34. Morganti CM, Nelson ME, Fiatarone MA, Dallal GE, Economos CD, Crawford BM, Evans WJ: Strength improvements with 1 yr of progressive resistance training in older women. *Med Sci Sports Exerc* 1995, 27:906 912.
35. Starkey DB, Pollock ML, Ishida Y, Welsch MA, Brechue WF, Graves JE, Feigenbaum MS: Effect of resistance training volume on strength and muscle thickness. *Med Sci Sports Exerc* 1996, 28:1311 1320.
36. Aagaard P, Simonsen EB, Andersen JL, Magnusson P, Dyhre Poulsen P: Increased rate of force development and neural drive of human skeletal muscle following resistance training. *J Appl Physiol* 2002, 93:1318 1326.
37. Sale DG: Influence of exercise and training on motor unit activation. *Exerc Sport Sci Rev* 1987, 15:95 151.
38. Staron RS, Karapondo DL, Kraemer WJ, Fry AC, Gordon SE, Falkel JE, Hagerman FC, Hikida RS: Skeletal muscle adaptations during early phase of heavy resistance training in men and women. *J Appl Physiol* 1994, 76:1247 1255.
39. Aswar U, Mohan V, Bhaskaran S, Bodhankar L: Study of Galactomannan on Androgenic and Anabolic Activity in Male Rats. *Pharmacology Online* 2008, 56 65.
40. Ratamess NA: Adaptations to Anaerobic Training Programs. *Essentials of Strength Training and Conditioning* 2008, 3:94 119.

doi:10.1186/1550 2783 7 34
Cite this article as: Poole *et al.*: The effects of a commercially available botanical supplement on strength, body composition, power output, and hormonal profiles in resistance trained males. *Journal of the International Society of Sports Nutrition* 2010 7:34.

**Submit your next manuscript to BioMed Central and take full advantage of:**

• Convenient online submission
• Thorough peer review
• No space constraints or color figure charges
• Immediate publication on acceptance
• Inclusion in PubMed, CAS, Scopus and Google Scholar
• Research which is freely available for redistribution

Submit your manuscript at
www.biomedcentral.com/submit



# EXHIBIT 10

**❶ NUGENIX**

USAGE: Take 3 capsules daily with water on an empty stomach.

Nugenix is an all natural Testosterone booster that contains clinically studied ingredients that are proven to boost free testosterone levels.

PRECAUTIONS: Use only as directed. Consult a health care practitioner if you have a serious medical condition or use prescription medications. This product should not be taken by women. For adult use only.

Keep out of the reach of children. Keep product at room temperature and humidity (59-86F, 40% RH).

\* These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure or prevent any disease.

# NUGENIX
## NATURAL TESTOSTERONE BOOSTER

LIBIDO*  |  STRENGTH*  |  STAMINA*  |  VITALITY*

HELPS TO: — INCREASE SEX DRIVE*
— ENHANCE MUSCLE MASS*
— BOOST FREE TESTOSTERONE*

## Supplement Facts
Serving Size: 3 Capsules
Servings Per Container: 30

| Amount Per Serving | | % DV |
|---|---|---|
| Zinc | 5 mg | 6.68% |
| Vitamin B6 | 2 mg | 100% |
| Vitamin B12 | 50 mcg | 860% |
| Nugenix™ Testosterone Complex | 2103mg | * |
| Testofen® Fenugreek Extract 50% Fenuside™, L-Citrulline Malate, Tribulus terrestris (fruit) | | |

\* Daily Value not established

Other Ingredients  Gelatin, Cellulose, Silicon dioxide

WWW. NUGENIX .COM   |   855. 714. 3234

Testofen® and Fenuside are trademarks of Gencor Nutrients, Inc

# EXHIBIT 11





# RECLAIM YOUR STRENGTH,
## STAMINA, AND SEXUAL PERFORMANCE...

As you age, testosterone levels can decrease, resulting in lowered muscle mass and decreased libido. All natural Nugenix helps your body restore testosterone levels by delivering a proprietary testosterone-boosting compound of Testofen, L-Citrulline, and Tribulus terrestris. Clinical studies have shown Testofen to increase free testosterone levels by over 98%. Nugenix also incorporates vitamins B12, B6, and Zinc to augment the benefits of Testofen. As the primary male sex hormone, testosterone plays a key role in maintaining active sexual performance, plus overall health, relationships, and well-being.

### TESTOSTERONE DECLINE



After age 30, most men begin to experience a gradual decline in testosterone. Nugenix helps fight this decline.

WWW.NUGENIX.COM    |    855. 714. 3234

Testofen® and Fenuside™ are trademarks of Gencor Nutrients, Inc.



USAGE: Take 3 capsules daily with water on an empty stomach.

## Supplement Facts
Serving Size: 3 Capsules
Servings Per Container: 30

| Amount Per Serving | | % DV |
|---|---|---|
| Zinc | 5 mg | 6.66% |
| Vitamin B6 | 2 mg | 10% |
| Vitamin B12 | 50 mcg | 83.3% |
| Nugenix™ Testosterone Complex | 2103mg | |
| Testofen® Fenugreek Extract 50% Fenuside™. L-Citrulline Malate, Tribulus terrestris (fruit) | | |

* Daily Value not established

Other Ingredients: Gelatin, Magnesium Stearate

PRECAUTIONS: Use only as directed. Consult a health care practitioner if you have a serious medical condition or use prescription medications. This product should not be taken by women. For adult use only.

Keep out of the reach of children. Keep product at room temperature and humidity (59-86F, 40% RH).

* These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure or prevent any disease.