Matthew R. Orr, Bar No. 211097
  morr@calljensen.com
Joshua G. Simon, Bar No. 264714
  jsimon@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendants Gencor Nutrients, Inc.,
GE Nutrients, Inc., and Jith Veeravalli

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN O'TOOLE, ROBERT SOKOLOVE, and MICHAEL BITTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GENCOR NUTRIENTS, INC.; GE NUTRIENTS, INC.; JITH VEERAVALLI; R.V. VENKATESH; GENERAL NUTRITION CORPORATION; GNC CORPORATION; GENERAL NUTRITION CENTERS, INC.; S&G PROPERTIES, LLC; DIRECT DIGITAL LLC; BRANDON ADCOCK; PAUL REICHELT; JOHN KIM; TRUDERMA, LLC; FORCE FACTOR LLC; and DOES 1-10, <br><br> Defendants. | Case No.  2:14-cv-03754-R-E <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> <u>**CLASS ACTION**</u> <br><br> Date:   July 21, 2014 <br> Time:   10:00 a.m. <br> Hon. Manuel L. Real <br> Crtrm: 8 <br><br> Complaint Filed:   May 15, 2014 <br> Trial Date:   None Set |

Defendants[1] submit this response to Plaintiffs' notice of supplemental authority. Plaintiffs profess that a recent opinion out of the District of Maryland bears directly on the principal issue before this Court. Plaintiffs, however, blatantly misrepresent the holding in the Maryland case and mischaracterize the issues in this case.

Citing *In re GNC Corp. TriFlex Products Mktg. & Sales Practices Litig. (No. II)*, MDL 14-2491-JFM, 2014 WL 2812239 (D. Md. June 20, 2014) ("*GNC TriFlex*"), Plaintiffs represent that the court in that case held:

> GNC could be held liable for representing that its products were "'clinical strength" with an impact confirmed by "scientific research"' (*id*. at *1) if there was an 'allegation that the clinical trial relied upon by defendants . . . exists but does not support any of GNC's representations . . . .'"

(Dkt. 53 at 1.) That, however, was not the holding in *GNC TriFlex*. Rather, the court held "plaintiffs have not alleged sufficient facts to state any viable claim," and the Court gave the plaintiffs leave to amend only if they could allege "on the basis of the existing scientific evidence, any reasonable expert would conclude from the cited studies that glucosomine and chondroitin do not improve joint health in non-arthritic consumers" as allegedly advertised by GNC. *In re GNC Corp. TriFlex Products*, 2014 WL 2812239, at *4. The court merely noted that the plaintiffs had not alleged that the clinical trial relied upon by defendants does not support GNC's representations. That dicta does not support Plaintiffs' assertion that GNC could be held liable had such an allegation been made.

Here, Plaintiffs have not alleged that no reasonable expert would conclude from available studies that Testofen® does not perform as purportedly advertised. Plaintiffs merely proffer the opinion of one professor to dispute the statistical assumptions used in

---

[1] This response is submitted by Defendants Gencor Nutrients, Inc., GE Nutrients, Inc., Mr. Jith Veeravalli, General Nutrition Corporation, GNC Corporation, General Nutrition Centers, Inc., S&G Properties, LLC, Direct Digital, LLC, Force Factor LLC, Brandon Adcock, Paul Reichelt, and John Kim.

one clinical study to challenge the claim that the results of the clinical study showing increases in free testosterone levels were statistically significant. (*See* Compl., Dkt. No. 1, ¶ 69, 73, Ex. 5, Dkt. 1-1, p. 47.) This is not sufficient to state a claim under the UCL, CLRA, or FAL, as even the Maryland district court in *GNC TriFlex* held, "a 'battle of the experts' . . . is not sufficient to establish that defendants' advertisements violate the state consumer protection statutes . . . ." *In re GNC Corp. TriFlex Products*, 2014 WL 2812239, at *4. The Complaint should be dismissed.

Dated: July 17, 2014

CALL & JENSEN
A Professional Corporation
Matthew R. Orr
Joshua G. Simon

By: */s/ Joshua G. Simon*
      Joshua G. Simon
Attorneys for Defendants Gencor Nutrients, Inc., GE Nutrients, Inc., and Jith Veeravalli

Dated: July 17, 2014

VENABLE LLP

By: */s/ Michael C. Hartmere*
      Michael C. Hartmere
Attorneys for Defendants GENERAL NUTRITION CORPORATION; GNC CORPORATION; GENERAL NUTRITION CENTERS, INC.; S&G PROPERTIES, LLC; DIRECT DIGITAL, LLC; FORCE FACTOR LLC; BRANDON ADCOCK; PAUL REICHELT; and JOHN KIM

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Michael C. Hartmere, counsel for, Defendants General Nutrition Corporation; GNC Corporation; General Nutrition Centers, Inc.; S&G Properties, LLC; Direct Digital, LLC; Force Factor LLC; Brandon Adcock; Paul Reichelt; and John Kim and that I have obtained Mr. Hartmere's authorization to affix his electronic signature to this document.

Dated: July 17, 2014                              */s/ Joshua G. Simons*